## AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern District of Texas, Houston Division

**Brooke Pearce, as next friend of U.V., a minor, et al**

    Plaintiff(s),

VS.

**FBI Agent Does, in her individual capacity, et al**

    Defendant(s).

Attorney: Randall L. Kallinen

Kallinen Law PLLC
511 Broadway St.
Houston TX 77012

*248636*

**Case Number: 4:18-cv-03196**

Legal documents received by Duces Tecum, Inc. on **11/13/2019** at **2:38 PM** to be served upon **The United States, by serving William Barr, Attorney General of the United States, at 950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Kristina Hewett**, swear and affirm that on **November 14, 2019** at **12:11 PM**, I did the following:

Served **The United States, by serving William Barr, Attorney General of the United States**, a government agency by delivering a conformed copy of this **Summons in a Civil Action; Order for Conference and Disclosure of Interested Parties; Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure; Plaintiffs' Second Amended Original Complaint;** to Gerard Bishop as Mail Clerk & Authorized Agent at **950 Pennsylvania Ave., NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kristina Hewett**
Process Server

**Duces Tecum, Inc.**
**6201 Bonhomme Rd., #388N**
**Houston TX 77036**
**713-520-9646**
**service@ducestecuminc.com**

Internal Job ID:248636

District of Columbia: SS
Subscribed and Sworn to before me
this 4th day of November, 2019

Trevor Bruce, Notary Public, D.C.
My commission expires August 14, 2023

| DUCES TECUM INC | **INVOICE** | Invoice #DTI-2019000980 |
|---|---|---|
| 6201 BONHOMME ROAD | | 11/14/2019 |
| SUITE 388N | | |
| HOUSTON, TX 77036 | |  |
| Phone: (713) 520-9646 | | |

RANDALL KALLINEN
KALLINEN LAW PLLC
511 BROADWAY STREET
HOUSTON, TX 77012

**Case Number: SOUTHERN 4:18-CV-03196**

Plaintiff:
**BROOK PEARCE**

Defendant:
**NICHOLAS CHASE CUNNINGHAM, ET AL**

Received: 11/12/2019   Served: 11/14/2019 12:11 pm   GOVERNMENT AGENCY
To be served on: WILLIAM BARR, ATTORNEY GENERAL OF THE UNITED STATES

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee Nationwide - WASHINGTON DC | 1.00 | 125.00 | 125.00 |
| **TOTAL CHARGED:** | | | $125.00 |

**BALANCE DUE:** $125.00

Thank you for your business.  Please pay the BALANCE DUE upon receipt of this invoice.  Payments can be made online at www.ducestecuminc.net.
Please note that as of 8/15/2015 we reserve the right to charge a 5% late payment fee for balances that are outstanding more than 30 days.

Page 1 / 1

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c