IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| **BROOKE PEARCE,** *as next friend of* **U.V.,** *a minor, and* **JUSTINA GARCIA,** | § § § | **Civil Action No.:4:18-cv-3196** |
| *Plaintiffs,* | § § | |
| V. | § § | |
| **FBI AGENT DOE,** *in his individual capacity,* **NICHOLAS CHASE CUNNINGHAM; SOPHIA PEREZ HEATH; JIMMY TONY SANCHEZ; DELIA GUALDINA VELASQUEZ;** and **THE UNITED STATES,** | § § § § § § | |
| *Defendants.* | § | |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Rebeca L. Gibson of the law firm of Berg & Androphy hereby gives notice that she is appearing as counsel for FBI Agent Doe in the above-referenced Civil Action, for the purpose of receiving electronic notifications from the Court.

Respectfully submitted,

**Berg & Androphy**

By: */s/Rebecca L. Gibson*
Rebecca L. Gibson
State Bar No. 24092418
3704 Travis St.
Houston, Texas  77002
(713) 529-5622 Phone
(713) 529-3785 Facsimile
rgibson@bafirm.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above was served via the Court's CM/ECF system on July 1, 2020.

*/s/ Rebecca L. Gibson*