IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>FBI AGENT DOE, *in his individual capacity*,<br>NICHOLAS CHASE CUNNINGHAM;<br>SOPHIA PEREZ HEATH;<br>JIMMY TONY SANCHEZ;<br>DELIA GUALDINA VELASQUEZ; and<br>THE UNITED STATES,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-3196 |

## AGREED MOTION FOR ENTRY OF AN AGREED PRIVACY ACT ORDER

Defendant United States of America files this Agreed Motion for Entry of an Agreed Privacy Act Order, pursuant to Federal Rule of Civil Procedure 26(c) and 5 U.S.C. § 552a(b)(11).

In the Court's April 2, 2021, Order denying the United States' motion for an opposed protective order, the Court gave the United States leave to seek specific protection for matters commonly protected by the Privacy Act. *See* Dkt. No. 58. The United States is seeking such protection.

The attached proposed Agreed Privacy Act Order authorizes the United States produce, provide, and release, in connection with this litigation, information and documents that would

otherwise be protected from disclosure under the Privacy Act. *See* 5 U.S.C. § 552a(b)(11).[1] This will cover all discovery not covered by the agreed protective order applicable only to FBI Agent Doe (*see* Dkt. No. 27), which would remain unchanged.

Counsel for Plaintiffs agree with this motion and the attached proposed Agreed Privacy Act Order.

                                        Respectfully Submitted,

                                        JENNIFER B. LOWERY
                                        Acting United States Attorney

By:   *s/ Chad W. Cowan*
       CHAD W. COWAN
       Assistant United States Attorney
       Southern District of Texas
       1000 Louisiana Street, Suite 2300
       Houston, Texas 77002
       PH: (713) 567-9569, FX: (713) 718-3303
       Alabama Bar No. ASB-5272-C54C
       Texas Bar No. 24082540
       Southern District No. 938890

       **ATTORNEY FOR DEFENDANT**
       **UNITED STATES OF AMERICA**

---

[1] This section of the Privacy Act authorizes the United States to provide information covered by the Act when ordered by a Court in a lawsuit such as this one.

## CERTIFICATE OF SERVICE

I, Chad W. Cowan, do hereby certify that a true and correct copy of this motion and proposed order was forwarded via electronic filing on this 19th day of April, 2021, to counsel for Plaintiffs.

/ s/ **Chad W. Cowan**
CHAD W. COWAN
Assistant United States Attorney