# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
May 18, 2021
Nathan Ochsner, Clerk of Court

No. 20-20372

United States Court of Appeals
Fifth Circuit
**FILED**
March 9, 2021
Lyle W. Cayce
Clerk

BROOKE PEARCE; JUSTINA GARCIA,

*Plaintiffs—Appellees*,

versus

FBI AGENT DOE,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-3196

Before HIGGINBOTHAM, COSTA, and OLDHAM, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellees pay to appellant the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on May 18, 2021

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 18, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 20-20372    Pearce v. FBI Agt Doe
                          USDC No. 4:18-CV-3196

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              *Christina Rachal*
                              By: _____
                              Christina C. Rachal, Deputy Clerk
                              504-310-7651

cc:
    Mr. Joel M. Androphy
    Mrs. Rebecca Lynne Gibson
    Mr. Randall Lee Kallinen
    Ms. U. A. Lewis