United States District Court
Southern District of Texas
**ENTERED**
July 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE and JUSTINA GARCIA, | § § § § § | |
| Plaintiffs, VS. | § § § | CIVIL ACTION NO. 4:18-CV-03196 |
| DOE FBI AGENT and NICHOLAS CHASE CUNNINGHAM and JIMMY TONY SANCHEZ, *et al*, | § § § § § § § | |
| Defendants. | § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON June 21, 2021 at 9:00 AM

Appearances:   Randall Lee Kallinen
Rebecca Lynn Gibson
(Court Reporter: M. Malone)

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | December 1, 2021 |
| Report furnished by: | December 1, 2021 |
| Defendant's experts to be designated by: | January 20, 2022 |
| Report furnished by: | January 20, 2022 |
| Discovery to be completed by: | March 31, 2022 |
| Dispositive motions due by: | March 31, 2022 |
| Docket call to be held at 11:30 AM on: | July 11, 2022 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

Pursuant to phone conference conducted this day, the Court, pursuant to the Circuit Court's opinion, dismisses without prejudice the "Doe FBI Agent" and directs the plaintiff to proceed to default judgment as to any defendant that is in default.

The scheduling order is amended as follows set out herein.

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 21st day of June, 2021.

Kenneth M. Hoyt
United States District Judge