United States District Court
Southern District of Texas
**ENTERED**
September 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:18-CV-03196 |
| DOE FBI AGENT, *et al.*, | | |
| Defendants. | | |

### ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR DISCOVERY AND DISPOSITIVE MOTIONS, PLAINTIFFS' EXPERT DEADLINE, AND DOCKET CALL, AND SETTING DEADLINE FOR MEDIATION

The parties' joint motion to continue by 90 days the discovery and dispositive motion deadline and docket call from the date of this Order, to continue the plaintiffs' expert deadline by 60 days from the date of this Order, and for issuance of an order for mediation (Dkt. No. 76) is GRANTED.

It is ORDERED that the June 30, 2022, deadline for discovery and dispositive motions, and the September 12, 2022, docket call, and the plaintiffs' expert deadline, are hereby set aside. The deadline for the parties to mediate the case is October 25, 2022.

It is so ORDERED.

SIGNED on September 6, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge