IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA, | § § § | |
| *Plaintiffs*, | § § § § | |
| v. | § | Civil Action No. 4:18-cv-3196 |
| | § § | |
| FBI AGENT DOE, *in his individual capacity*, NICHOLAS CHASE CUNNINGHAM; SOPHIA PEREZ HEATH; JIMMY TONY SANCHEZ; DELIA GUALDINA VELASQUEZ; and THE UNITED STATES, | § § § § § § § § | |
| *Defendants*. | § | |

## JOINT STATUS REPORT

Defendant United States of America and Plaintiffs submit this Joint Status Report following the Court's Order, dated September 6, 2022, Granting Joint Motion to Continue the Deadline for Discovery and Dispositive Motions, Plaintiffs' Expert Deadline, and Docket Call, and Setting Deadline for Mediation. *See* Dkt. No. 77. That Order also set a mediation deadline of October 25, 2022.

The parties conducted a mediation on June 30, 2022. While the mediation was productive, the parties were unable to reach a resolution at that time. However, the parties agreed to continue the mediation and hold another in person session after conducting more discovery relating to Plaintiff U.V.'s alleged damages. Specifically, the parties agreed to focus on mental health records from a counselor U.V. had seen related to the incident made basis of this lawsuit.

The parties have encountered difficulty in tracking down the counselor. The counselor closed the counselor's business premises and began working from home, and retired during the COVID-19 pandemic. The United States located and served a subpoena for the records on October 6, 2022, but the counselor has not yet complied with the subpoena. The United States is attempting to secure her compliance without involving the Court. Plaintiffs also located and served a subpoena for the records on September 9, 2022.

The parties believe that the case has a reasonably good chance of settlement if they can obtain the needed records and resume the mediation. However, additional time will be needed to obtain and review the records. Additionally, for various reasons related to how the United States acquires funding for mediation costs and obtains approvals required for settlement authority, additional time is needed for these logistical issues. The United States obtained settlement authority prior to the mediation on June 30, 2022, however, the records sought may necessitate a change in settlement authority.

THEREFORE, the parties request that a new mediation deadline be set for January 31, 2023.

Respectfully Submitted,

JENNIFER B. LOWERY
United States Attorney

By:   *s/ Chad W. Cowan*
CHAD W. COWAN
Assistant United States Attorney
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
PH: (713) 567-9569, FX: (713) 718-3303
Alabama Bar No. ASB-5272-C54C

Texas Bar No. 24082540
Southern District No. 938890
Email: chad.cowan@usdoj.gov
**ATTORNEY FOR DEFENDANT**
**UNITED STATES OF AMERICA**


*s/ Randall L. Kallinen* (w/permission)
Randall L. Kallinen
Kallinen Law PLLC
Texas Bar No.: 00790995
Southern District No.: 19417
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com
**ATTORNEY FOR PLAINTIFF**

*s/ U.A. Lewis* (w/permission)
U.A. Lewis
The Lewis Law Group PLLC
Texas Bar No.: 24076511
Southern District No.: 1645666
P.O. Box 27353
Houston, Texas 77227
Telephone: (713) 570-6555
Facsimile: (713) 581-1017
Email: myattorneyatlaw@gmail.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, Chad W. Cowan, do hereby certify that a true and correct copy of this Joint Status Report was forwarded via electronic filing on November 7, 2022, to counsel for Plaintiffs.

/s/ **Chad W. Cowan**
CHAD W. COWAN
Assistant United States Attorney