IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § § | Civil Action No. 4:18-cv-3196 |
| FBI AGENT DOE, *in his individual capacity*, NICHOLAS CHASE CUNNINGHAM; SOPHIA PEREZ HEATH; JIMMY TONY SANCHEZ; DELIA GUALDINA VELASQUEZ; and THE UNITED STATES, | § § § § § § § § § § | |
| *Defendants.* | § | |

**MOTION TO QUASH PLAINTIFFS' CROSS NOTICE DEPOSITIONS**

# Government's Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> FBI AGENT DOE, *in his individual capacity*, <br> NICHOLAS CHASE CUNNINGHAM; <br> SOPHIA PEREZ HEATH; <br> JIMMY TONY SANCHEZ; <br> DELIA GUALDINA VELASQUEZ; and <br> THE UNITED STATES, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-3196 |

## DEFENDANT'S NOTICE OF INTENTION TO TAKE DEPOSITION

Deponent:     Justina Garcia

Date:          April 3, 2024

Time:          10:00 a.m. CST

Location:     United States Attorney's Office, 1000 Louisiana, Suite 2300, Houston, Texas 77002

Please take notice that at 10:00 a.m. CST on Wednesday, April 3, 2024, at the United States Attorney's Office, 1000 Louisiana, Suite 2300, Houston, Texas 77002, the Defendant will by oral examination take the testimony of the above listed deponent for the purpose of discovery and/or use as evidence in the action before a court, or before some other duly qualified officer, in accordance with Rule 30 of the Federal Rules of Civil Procedure. The deposition will be taken by stenographer and be recorded and will continue until completed.

Respectfully Submitted,

ALAMDAR S. HAMDANI
United States Attorney
Southern District of Texas

By: /s/ *Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney
    Texas Bar No. 24093366
    Federal ID No. 2554283
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9000
    Facsimile: (713) 718-3303
    Email: ariel.wiley@usdoj.gov

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on February 24, 2024, a true and correct copy of the foregoing Notice of Deposition was served by electronic mail to Plaintiff's counsel.

/s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney