IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA,<br><br>*Plaintiffs*,<br><br>v.<br><br>FBI AGENT DOE, *in his individual capacity*,<br>NICHOLAS CHASE CUNNINGHAM;<br>SOPHIA PEREZ HEATH;<br>JIMMY TONY SANCHEZ;<br>DELIA GUALDINA VELASQUEZ; and<br>THE UNITED STATES,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-3196 |

**MOTION TO QUASH PLAINTIFFS' CROSS NOTICE DEPOSITIONS**

# Government's Exhibit C

| | |
|---|---|
| **From:** | Wiley, Ariel (USATXS) |
| **To:** | Randall L. Kallinen; U.A. Lewis, Esq |
| **Subject:** | RE: [EXTERNAL] 4:18-cv-03196 Pearce v. Doe FBI Agent et al.-Deposition of Justina Garcia |
| **Date:** | Monday, March 25, 2024 9:29:28 AM |

Ms. Kallinen,

I am aware that Ms. Garcia does not reside in the U.S., but this is why I sent her depo notice and subpoena four weeks ago. So she would have plenty of time to make arrangements to be here in person. As I previously mentioned, it is very difficult for the government to make last minute changes to the depositions because we have contracts we have to go through. If Ms. Garcia needed to appear virtually, this should have been addressed with me weeks ago.

With that said, I will have my office reach out to the deposition company. If they are able to make arrangements for the court reporter and the interpreter to now appear via zoom, then the deposition will be by zoom. If the depo company cannot rearrange their schedule, then the deposition will still occur on April 3rd at 10am in person.

Regards,

**Ariel N. Wiley**
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Main: (713) 567-9000
Direct: (713) 567-9344
ariel.wiley@usdoj.gov

---

**From:** Randall L. Kallinen <attorneykallinen@aol.com>
**Sent:** Sunday, March 24, 2024 1:36 PM
**To:** Wiley, Ariel (USATXS) <AWiley@usa.doj.gov>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>
**Subject:** [EXTERNAL] 4:18-cv-03196 Pearce v. Doe FBI Agent et al.-Deposition of Justina Garcia

Dear Ms. Wiley,

Good afternoon. Regarding your deposition notice for Justina Garcia. As you know she resides in Honduras which, unlike Canada and other countries, it is hard to come to the United States

==especially without a long notice.== Furthermore, there is a large expense which is difficult if not impossible for Ms. Garcia to pay.  So I suggest we do Zoom. Can you send a Zoom link? Also, the deposition notice says April 3 at 10 AM CST, is that still good?

Sincerely,

Randall L. Kallinen
KALLINEN LAW PLLC
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
FAX: 713/893-6737
Email: attorneykallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege, attorney work product privilege, and investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden.