IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA, | § § § § | |
| *Plaintiffs*, | § § § § | |
| v. | § § § | Civil Action No. 4:18-cv-3196 |
| | § § | |
| FBI AGENT DOE, *in his individual capacity*, NICHOLAS CHASE CUNNINGHAM; SOPHIA PEREZ HEATH; JIMMY TONY SANCHEZ; DELIA GUALDINA VELASQUEZ; and THE UNITED STATES, | § § § § § § § § § | |
| *Defendants.* | § | |

## ORDER

The Motion to Quash Plaintiff's Depositions is hereby GRANTED. Plaintiff's Cross-Notice to depose Plaintiff Justina Garcia on April 3, 2024, are hereby QUASHED.

SIGNED at Houston, TX this ____ day of _____, 2024.

_____
THE HONORABLE KENNETH HOYT
UNITED STATES DISTRICT JUDGE