United States District Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BROOKE PEARCE, *et al.*, § § § Plaintiffs, § § VS. § CIVIL ACTION NO. 4:18-CV-03196 § DOE FBI AGENT, *et al.* § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON August 19, 2024 at 9:15 AM**

Appearances:   U.A. A. Lewis
                Randall Lee Kallinen
                Areil Wiley
               (Court Reporter: C. Cummings)

The following rulings were made:

Pursuant to phone conference, the Court directs the parties to confer and submit an agreed trial date for this case during the months of September and October to commence on a Tuesday at 9:00 a.m. The agreed date shall be communicated to the Court's Case Manager by the end of the day.

The parties will comply with the Court's procedural manual concerning filings for non-jury cases at least seven (7) days prior to trial.

The Court enters orders on all pending motions, by separate orders, save the Government's motion for summary judgment and the plaintiff's motion for partial summary judgment.

It is so ORDERED.

SIGNED on August 19, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge