UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Brooke Pearce, et al.

v.                                                          Case Number: 4:18−cv−03196

DOE FBI AGENT City Of Houston, et al.

---

# NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Bench Trial set for 10/17/2024 at 09:00 AM before Judge Kenneth M Hoyt.

**PLACE**
Courtroom 11A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: September 23, 2024

Nathan Ochsner, Clerk, Clerk
s/ 4 CynthiaHorace, Deputy Clerk