IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| BROOKE PEARCE, as next friend of U.V., a minor, *Plaintiffs,* | § § § § § § § | CIVIL CASE NO. 4:18-CV-03196 |
|---|---|---|
| V. | | |
| THE UNITED STATES, et al., *Defendants.* | | |

## PLAINTIFFS' WITNESS LIST

| | WITNESS | Address | KNOWLEDGE |
|---|---|---|---|
| 1. | Brooke Pearce | c/o U. A. Lewis,<br>Lewis Law Group, P.L.L.C<br>PO Box 27353, Houston, TX 77227<br>Randall L. Kallinen<br>Kallinen Law PLLC<br>511 Broadway Street<br>Houston, Texas 77012 | Plaintiff |
| 2. | U.V. | c/o U. A. Lewis,<br>Lewis Law Group, P.L.L.C<br>PO Box 27353, Houston, TX 77227<br>Randall L. Kallinen<br>Kallinen Law PLLC<br>511 Broadway Street<br>Houston, Texas 77012 | Witness |
| 3. | Justina Valladares | c/o U. A. Lewis,<br>Lewis Law Group, P.L.L.C<br>PO Box 27353, Houston, TX 77227<br>Randall L. Kallinen<br>Kallinen Law PLLC<br>511 Broadway Street<br>Houston, Texas 77012 | Plaintiff |

| | | | |
|---|---|---|---|
| 4. | Ernesto Valladares | 1716 Tyler St. Conroe,TX 77301 936-703-9885 | |
| 5. | Dr. Kenneth Eugene Lehrer | Lehrer Financial and Economic Advisory Services 5555 Del Monte Drive-Suite 802 Houston, Texas 77056 | Witness |
| 6. | Dr. Robbie Burnett | 14343 Torrey Chase Blvd, Ste I, Houston, TX 77014 | Witness |
| 7. | Dr. William Reading | 12603 Southwest Freeway, Suite 510, Stafford, Texas, 77477 | Witness |
| 8. | Lincoln Manufacturing Custodian of Records | 31209 FM2978, Magnolia, TX 77354 (281) 252-9494 | Witness Ulises Valladares Employer |
| 9. | Harris County Medical Examiner | Harris County Institute of Forensic Sciences 1861 Old Spanish Trail Houston, TX 77054 | Performed Autopsy |
| 10. | Nicholas Chase Cunningham | Montgomery County jail #1 Criminal Justice Drive, Conroe, TX 77301 | Defendant |
| 11. | Sophia Perez Heath | Montgomery County jail #1 Criminal Justice Drive, Conroe, TX 77301 | Defendant |
| 12. | Jimmy Tony Sanchez | Montgomery County jail #1 Criminal Justice Drive, Conroe, TX 77301 | Defendant |
| 13. | FBI Agent Doe | c/o Joel M Androphy Berg Androphy 3704 Travis St Houston, TX 77002 713-529-5622 | Defendant |
| 14. | Delia Gualdina Velasquez | Montgomery County jail | Defendant |

|  |  |  |  |
|---|---|---|---|
|  |  | #1 Criminal Justice Drive, Conroe, TX 77301 |  |
| 15. | United States of America | c/o Ariel Wiley<br>United States Attorney's Office<br>1000 Louisiana<br>Suite 2300<br>Houston, TX 77002<br>713-567-9569<br>713-718-3300 (fax) | Defendant |
| 16. | John Hopkings | 832-732-9488 | Friend of Ulises Valladares |
| 17. | Daniel Musgrave | 832-312-3481 | Friend of Ulises Valladares |
| 18. | Herbert Fields | 713-480-0962; | Friend of Ulises Valladares |
| 19. | Art Acevedo | c/o Brian Anthony Amis<br>City of Houston Legal Department<br>900 Bagby, 4th Floor Houston, TX 77002<br>832-393-6464<br>832-393-6259 fax | Investigated the murder of Ulises Valldares |
| 20. | City of Houston | c/o Brian Anthony Amis<br>City of Houston Legal Department<br>900 Bagby, 4th Floor Houston, TX 77002<br>832-393-6464<br>832-393-6259 fax | Investigation |
| 21. | Fidel Ricardo Valladares Garcia | Calle los Batanes 7, piso 7, 28030 Alcala de Henares, Spain | Fact Witness knowledge of |

|  |  |  |  |
|---|---|---|---|
|  |  | Can also be contacted through Randall L. Kallinen, Plaintiffs' attorney at 713/320-3785. Kallinen Law PLLC 511 Broadway Street Houston, TX 77012 | damages and suffering to Plaintiffs |
| 22. | Consuelo Carlota Valladares Garcia | Col. La Paz no 483, La Lima, Cortez, Honduras Can also be contacted through Randall L. Kallinen, Plaintiffs' attorney at 713/320-3785 Kallinen Law PLLC 511 Broadway Street Houston, TX 77012 | Blood sister to Ulises Valladares, has knowledge of damages and suffering to Plaintiff Justina Garcia. |
| 23. | Zulema Isabel Valladares Garcia | Falkenfluhweg 4, 3114 Wichtrach, Switzerland Can also be contacted through Randall L. Kallinen, Plaintiffs' attorney at 713/320-3785. Kallinen Law PLLC 511 Broadway Street Houston, TX 77012 | has knowledge of suffering and damages to Plaintiff Justina Garcia |
| 24. | Arnulfo Geovanny Valladares Garcia | Luis Pimental no. 3 izquierda, Santa Cruz de Oleiros, Spain Can also be contacted through Randall L. Kallinen, Plaintiffs' attorney at 713/320-3785. Kallinen Law PLLC 511 Broadway Street Houston, TX 77012 | Blood brother to Ulises Valladares, has knowledge of suffering and damages to Plaintiff Justina Garcia. |
| 25. | Juan Carlos Valladares Garcia | Address unknown Can be contacted through Randall L. Kallinen, Plaintiffs' attorney at 713/320-3785. Kallinen Law PLLC 511 Broadway Street Houston, TX 77012 | Blood brother to Ulises Valladares, has knowledge of suffering and damages to Plaintiff Justina Garcia. |

| 26. | Luis A. Sanchez, M.D., | Harris County Institute of Forensic Sciences<br>1861 Old Spanish Trail<br>Houston, TX 77054 | Executive Director & Chief Medical Examiner of Harris County |
|---|---|---|---|
| 27. | Dwayne A. Wolf, M.D.,Ph.D., | Harris County Institute of Forensic Sciences<br>1861 Old Spanish Trail<br>Houston, TX 77054 | Deputy Chief Medical Examiner |
| 28. | Roger Milton, Jr., M.D. | Harris County Institute of Forensic Sciences<br>1861 Old Spanish Trail<br>Houston, TX 77054 | |
| 30. | Jeffrey E. Hawkins, FBI Agent | 1 Justice Park, Houston, Texas 77092<br>713/693-5000 | |
| 31. | Eric Norman (FBI agent at autopsy) | 1 Justice Park, Houston, Texas 77092<br>713/693-5000 | (FBI agent at autopsy) |
| 32. | Steven M. Gonzalez | 1 Justice Park, Houston, Texas 77092<br>713/693-5000 | (FBI agent at autopsy) |
| 33. | Agent Glen Gregory | 1 Justice Park, Houston, Texas 77092<br>713/693-5000 | (no Ulises DNA on gun!) |
| 34. | Dr. Richard Witkov | LBJ Hospital<br>5656 Kelly Street<br>Houston, Texas 77026<br>713/566-5100 | (ER doctor pronounced Ulises dead) |
| 35. | Assistant Medical Examiner | Harris County Institute of Forensic Sciences<br>1861 Old Spanish Trail<br>Houston, TX 77054 | |
| 36. | J. Maranto Davila | Houston Police Department<br>1200 Travis, Houston, Texas 77002 | (investigator) |

| | | | |
|---|---|---|---|
| 37. | L.M. Bailey | Houston Police Department 1200 Travis, Houston, Texas 77002 | (has good "case conclusion" that Doe fired when Ulises pulled the curtain and that's why Hawkins dropped the Halligan) |
| 38. | Amanda. M. Jarding #910934 | Houston Police Department 1200 Travis, Houston, Texas 77002 | fingerprints and processed the scene |
| 39. | Amanda. M. Jarding | Houston Police Department 1200 Travis, Houston, Texas 77002 | #910934 (fingerprints and processed the scene) Detective R. Lujan (attended autopsy) |
| | L.R. Verbitskey | Houston Police Department 1200 Travis, Houston, Texas 77002 | (collected clothes, bindings, evidence for HPD) |
| | M.F. Millington | Houston Police Department 1200 Travis, Houston, Texas 77002 | (collected curtains) |
| | Lt. H. Lopez | Houston Police Department 1200 Travis, Houston, Texas 77002 | (interviewed Agent Doe three hours, not recorded) |
| | Sgt. Dillingham | Houston Police Department 1200 Travis, Houston, Texas 77002 | (interviewed Agent Doe three hours, not recorded) |
| | Houston Police Department | 1200 Travis, Houston, Texas 77002 | (investigated scene, describes |

|  |  |  | scene in details in PR) |
|---|---|---|---|
|  | Sophia Perez | (Coleman TDCJ prison) 1400 Industrial Blvd., Lockhart, Texas 512/398-3480 | Stated in HPD PR that hands were duct taped and BLINDFOLDED. Knows about positioning. Agrees with HPD Bailey conclusion |
| 29. |  |  |  |
| 30. |  |  |  |
| 31. |  |  |  |
| 32. |  |  |  |

Respectfully Submitted
By: /S/U.A. Lewis
U. A. Lewis
State Bar No. 24076511
Federal Bar No. 1645666
P. O. Box 27353
Houston, TX 77227
Telephone: (713)570-6555
Facsimile: (713) 581-1017
PLAINTIFF'S LEAD ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument has been sent to all interested counsel of record and defendants via permissible means, and/or E SERVICE on the date of this filing.

/S/U.A. Lewis
U. A. Lewis