United States District Court
Southern District of Texas
**ENTERED**
October 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BROOKE PEARCE, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-03196 |
| § | |
| DOE FBI AGENT, *et al.*, § | |
| § | |
| Defendants. § | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO:** WARDEN, COLEMAN UNIT, 1400 INDUSTRIAL BOULEVARD; LOCKHART TX 78644

**TO:** UNITED STATES MARSHAL, SOUTHERN DISTRICT OF TEXAS, OR ANY OTHER AUTHORIZED UNITED STATES MARSHAL

You are hereby **ORDERED** to deliver inmate Sophia Perez Heath (TDCJ #02303100), into the custody of the United States Marshal for the Southern District of Texas for her appearance before U. S. District Judge Kenneth M. Hoyt, 515 Rusk, Courtroom 11-A, Houston, Texas on October 18, 2024 at 9:00 a.m. Said inmate shall remain in the custody of the United States Marshal during hours of Court, until the matter is concluded. At such time, the inmate will be returned to your custody.

It is so ORDERED.

SIGNED on October 15, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge