IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BROOKE PEARCE, as next friend of U.V., a minor, and JUSTINA GARCIA, § § § § § | |
| *Plaintiff,* § § | |
| VS. § § | Case. No. 4:18-cv-3196 |
| FBI AGENT, in his individual capacity,, NICHOLAS CHASE CUNNINGHAM; SOPHIA PEREZ HEATH; JIMMY TONY SANCHEZ; DELIA DUALDINA VELASQUEZ § § § § § § § | JURY TRIAL |
| *Defendants.* § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS

| 1 | **Jeffrey Hawkins' Statement (Bates No. FBI 000001 – 000006)** | This exhibit is hearsay and contains hearsay within hearsay. (FRE 802). It is not authenticated. |
|---|---|---|
| 2 | **FBI Deadly Force Policy** | No Objection, agreed |
| 3 | **FBI Deadly Force Investigation (Bates No. FBI 006577-006581)** | This exhibit is hearsay and contains hearsay within hearsay. (FRE 802). |
| 4 | **Ulysses Valladares' Notice of Non-Compliance** | Not relevant uUndefined document that was never produced (FRE 802). |
| 5 | **Dr. Reading Notice of Non-Compliance** | Not relevant undefined document that was never produced. If it is intended to indicate a certificate of non-appearance of deposition which is also hearsay (FRE 802). |

Respectfully submitted,
By: /s/ U.A. Lewis
U.A. Lewis
Texas State Bar No. 24076511
Federal Bar Number 1645666
The Lewis Law Group
P.O. Box 27353
Houston, TX 77227
T: (713) 570-6555
F: (713) 581-1017
myattorneyatlaw@gmail.com

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel has conferred with defense counsel on October 15 2024 via email, and they indicated that they are opposed to the Motion.

/s/ U.A. Lewis

U.A. Lewis

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and the foregoing document has been sent to all known counsel by e-service/ECF, first class mail, electronic mail, telecopy, hand delivery, and/or certified mail, return receipt requested on all parties of record who have made an appearance in this case on the date of this filing October 15, 2024.

/s/ U.A. Lewis

U.A. Lewis