AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | |
|---|---|
| BROOKE PEARCE, et al. <br> *Plaintiff* <br> v. <br> DOE FBI AGENT, et al., <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:18-CV-03196 <br> ) <br> ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: FBI Agent Doe
1 Justice Park, Houston, Texas 77092
713/693-5000

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 515 Rusk Avenue <br> Houston, Texas 77002 | Courtroom No.: Judge Kenneth M Hoyt <br> Date and Time: 10/18/2024 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/07/2024

*CLERK OF COURT*                        OR        *U A Lewis*

_____                        _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* BROOKE PEARCE, et al. , who issues or requests this subpoena, are:

U. A. Lewis, P. O. Box 27353 Houston, TX 77227, Myattorneyatlaw@gmail.com, (713)570-6555

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).