United States District Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § | CIVIL ACTION NO. 4:18-CV-03196 |
| DOE FBI AGENT, *et al.*, | § § § § | |
| Defendants. | | |

## **ORDER**

The defendant, the United States of America moves to dismiss for want of prosecution the plaintiffs' complaint (Dkt. No. 115). That motion is Denied.

It is so ORDERED.

SIGNED on October 16, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge