United States District Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BROOKE PEARCE, *et al.*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-03196 |
| DOE FBI AGENT, *et al.*, | § |
| Defendants. | § |

## **ORDER**

The plaintiffs' motion for default judgment (Dkt. No. 119) is hereby DENIED.

It is so ORDERED.

SIGNED on October 16, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge