United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-03196 |
| DOE FBI AGENT, *et al.*, | § § § § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the plaintiffs' motion to dissolve the Protective Order as to the identity of Agent Doe. There no longer exist a reason for maintaining secrecy as to the Agent's identity. Going forward the name of the Agent may be used in arguments to the Court or in documents filed.

It is so Ordered.

SIGNED on March 3, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1