United States District Court
Southern District of Texas
**ENTERED**
March 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:18-CV-03196 |
| DOE FBI AGENT, *et al.* | § § | |

## FINAL JUDGMENT

Pursuant to the Memorandum of Findings of Fact, and Conclusions of Law, the Court enters judgment in behalf of the plaintiffs as follows:

a) Justina Garcia                        $   611,000

b) Ulysses Valladares, Jr.         $ 1,304,000

c) Attorney's Fees                     $   475,000

d) Interest on the judgment commencing 60 days after the Judgement is entered at the rate of 4.20 % only on the damages.

This is a Final Judgment.

SIGNED on March 3, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge