Case 4:18-cv-03196   Document 175   Filed on 04/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:18-CV-03196 |
| DOE FBI AGENT, *et al.*, | | |
| Defendants. | | |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is the United States' motion for reconsideration. (Dkt. No. 174). An expedited response is requested, but not required. Upon receipt of notice that an expedited response has been filed, any opposing party who aspires to reply is hereby advised to file any reply thereto within 5 days of the date of filing of any expedited response. Your attention in this regard is requested and appreciated. The response is due no later than April 14, 2025.

It is so ORDERED.

SIGNED on April 3, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge