Case 4:18-cv-03196   Document 176   Filed on 04/03/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-03196 |
| | § | |
| DOE FBI AGENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has reviewed the plaintiff's Bill of Costs [DE 171] and the government's response [DE 172] and determines that pursuant to 28 U.S.C. § 1920, the following costs are reasonable and due:

| | | | |
|---|---|---|---:|
| a) | Interpreters fee(s) | $ | 2,250.00 |
| b) | Deposition (Agent Doc) | | 745.21 |
| c) | Complaint Fee | | 400.00 |
| d) | Deposition (Hawkins) | | 1,263.96 |
| | Total | $ | 4,659.17 |

It is ORDERED that the plaintiffs shall recover $ 4,659.17 in costs of Court fees.

SIGNED on April 3, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge