IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA, <br><br> *Plaintiffs*, <br><br> v. <br><br> FBI AGENT DOE, *in his individual capacity*, <br> NICHOLAS CHASE CUNNINGHAM; <br> SOPHIA PEREZ HEATH; <br> JIMMY TONY SANCHEZ; <br> DELIA GUALDINA VELASQUEZ; and <br> THE UNITED STATES, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § | Civil Action No. 4:18-cv-3196 |

## DEFENDANT UNITED STATES' NOTICE OF APPEAL

Notice is hereby given that Defendant, the United States of America, hereby appeals to the United States Court of Appeals for the Fifth Circuit this Court's Findings of Fact and Conclusions of Law (Dkt. 169) and Final Judgment (Dkt. 170) as well as all associated opinions and orders.

Dated: May 1, 2025

Respectfully Submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By: /s/ *Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney
    Texas Bar No. 24093366
    Federal ID No. 2554283
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9000
    Facsimile: (713) 718-3303
    Email: ariel.wiley@usdoj.gov

    ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on May 1, 2025, the foregoing filing was filed with the Court through the Court CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

/s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney