United States District Court
Southern District of Texas
**ENTERED**
May 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BROOKE PEARCE, *et al.,* | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-3196 |
| | § |
| FBI AGENT DOE, *et al.,* | § |

## AMENDED FINAL JUDGMENT

Pursuant to the Memorandum of Findings of Fact, and Conclusions of Law, and Motion for Reconsideration, the Court enters judgment in behalf of the plaintiffs as follows:

a) Justina Garcia $762,525
b) Ulysses Valladares, Jr. $ 1,627,475
c) Interest on the judgment commencing 60 days after the Judgement is entered at the rate of 4.20 % only on the damages.

Pursuant to 28 U.S.C. § 2678, attorney's fees are limited to 25% of the judgment.

This is a Final Judgment.

SIGNED on ___May 5___, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge