IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA, | § § § | |
| *Plaintiffs*, | § § § § | |
| v. | § § § | Civil Action No. 4:18-cv-3196 |
| FBI AGENT DOE, *in his individual capacity*, NICHOLAS CHASE CUNNINGHAM; SOPHIA PEREZ HEATH; JIMMY TONY SANCHEZ; DELIA GUALDINA VELASQUEZ; and THE UNITED STATES, | § § § § § § § § | |
| *Defendants*. | § | |

## DEFENDANT UNITED STATES AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendant, the United States of America, hereby appeals to the United States Court of Appeals for the Fifth Circuit this Court's Findings of Fact and Conclusions of Law (Dkt. 169), the Final Judgment (Dkt. 170), and the Amended Final Judgment (Dkt. 180) as well as all associated opinions and orders.

Dated: July 1, 2025,

Respectfully Submitted,

NICHOLAS J. GANJEI
United States Attorney
Southern District of Texas

By: /s/ *Ariel N. Wiley*
   Ariel N. Wiley
   Assistant United States Attorney
   Texas Bar No. 24093366
   Federal ID No. 2554283
   1000 Louisiana, Suite 2300
   Houston, Texas 77002
   Telephone: (713) 567-9000
   Facsimile: (713) 718-3303
   Email: ariel.wiley@usdoj.gov

   ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on July 1, 2025, the foregoing filing was filed with the Court through the Court

CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

/s/ *Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney