United States District Court
Southern District of Texas
**ENTERED**
July 31, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-03196 |
| | § | |
| DOE FBI AGENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiffs' motion for reconsideration (Dkt. No. 189) is DENIED.

It is so ORDERED.

SIGNED on July 31, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge