IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA, PLAINTIFFS, | § § § § | CIVIL ACTION NO. 4:18-CV-03196 |
| V. | § § | KENNETH M. HOYT |
| FBI AGENT DOE, in his individual capacity,NICHOLAS CHASE CUNNINGHAM;SOPHIA PEREZ HEATH;JIMMY TONY SANCHEZ; DELIA GUALDINA VELASQUEZ; and THE UNITED STATES, DEFENDANTS. | § Judge § § C. Horace § Case Manager   Court Reporter § § § § Non-Jury Trial § Proceeding | |

TRIAL EXHIBIT LIST

| No. | Description of Exhibit | Offered | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 1 | Photo of House / *Jeffrey Hawkins Statement* | | | ✓ | |
| 2. | Curriculum Vitae of Dr. Reading | | | ✓ | |
| 3. | Curriculum Vitae Report of Dr. Lehrer | | | ✓ | |
| 4. | Policy | | | ✓ | |
| 5. | Hawkin Deposition | | | ✓ | |
| 6. | Autopsy | | | ✓ | |