

HARRIS COUNTY
INSTITUTE OF FORENSIC SCIENCES
SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

# AUTOPSY REPORT

Case No. ML18-0362

January 25, 2018

ON THE BODY OF

Ulisis Sebastian Valladares

CAUSE OF DEATH: Gunshot wound of the left upper extremity with re-entry of the torso

MANNER OF DEATH: Homicide

DATE OF DEATH: January 25, 2018

Roger P. Milton Jr., M.D. 3/26/18 MMDDYY
Assistant Medical Examiner

Reviewed by:

Dwayne A. Wolf, M.D., Ph.D. 03/26/18 MMDDYY
Deputy Chief Medical Examiner

EXHIBIT 6

1861 Old Spanish Trail, Houston, Texas 77054 | (832) 927-5000 | (832) 927-2869 (F) | ifs.harriscountytx.gov

FBI000248

Subject to Privacy Act Order Entered on April 19, 2021

POSTMORTEM EXAMINATION ON THE BODY OF

Ulisis Sebastian Valladares

HISTORY: This unknown Hispanic male, subsequently identified as Ulisis Sebastian Valladares, sustained a gunshot wound and was transported to Lyndon B. Johnson Hospital, Houston, Texas arriving at 4:08 a.m. on January 25, 2018. He was subsequently pronounced dead at 4:13 a.m. on that same date. Positive identification was confirmed by fingerprint comparison.

AUTOPSY: The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Roger P. Milton Jr., M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 11:00 a.m. on January 25, 2018.

CLOTHING: The body is received in a plastic body transport bag. The decedent is otherwise partially clad in a cut-open blue T-shirt, black and white shorts, black boxer briefs, and black socks. A cut-away fragment of T-shirt material is present in the body transport bag. A perforation in the dorsal left shirtsleeve corresponds to a gunshot wound on the body. Brown paper bags are on the hands, taped in place around the wrists. The left wrist and proximal left hand are wrapped circumferentially multiple times with silver duct tape. The tape is removed and submitted as evidence. Identifying morgue bands are on the right ankle and wrist. An electronic morgue monitoring device is on the left ankle.

EVIDENCE OF MEDICAL INTERVENTION: Pacing electrodes are on the anterosuperior right side of the chest and the inferolateral left side of the chest. Multiple electrocardiogram electrodes are on the anterior chest and abdomen. An intravascular catheter is in the left antecubital fossa. A pulse oximeter is on the left index finger. Two intravascular cannula tips are in the anterior proximal right forearm. A tourniquet device is tied around the proximal aspect of the left arm. Two horizontally oriented chest tube incisions measuring 1-1/2 inches are on the lateral right and left sides of the chest. An identifying hospital band is on the left wrist.

EXTERNAL APPEARANCE: The body is that of a well-developed, well-nourished, Hispanic male. The decedent measures 64 inches in length and weighs 164 pounds.

Subject to Privacy Act Order Entered on April 19, 2021

Moderate rigor mortis is noted in the extremities. Livor mortis is blanching on the posterior surfaces of the body, except in areas exposed to pressure.
The head is symmetrical and covered with curly, black, and gray hair measuring approximately 1-1/4 inch in length. The irides are brown and the pupils are round, measuring 5 millimeters in diameter, bilaterally. Mild arcus senilis is present. The conjunctivae are free of petechial hemorrhages. There is no scleral icterus. The nose is symmetrical. The nasal skeleton and septum are palpably intact. The ears are symmetrical. The lips and oral mucosal surfaces are atraumatic. The frenula are intact. There are no petechial hemorrhages of the oral mucosa. The teeth are natural and in good condition. Facial hair consists of black and gray hair on the right and left buccal regions with stubble on the skin above the upper lip and the central aspect of the chin.

The neck is symmetrical.

The chest and abdomen are symmetrical, without palpable masses. A gunshot wound of the left upper extremity and torso is subsequently described. The anterior right side of the chest has a diagonal 1-1/2 by 3/8 inch well-healed scar. There is abundant hair on the anterior torso.

The genitalia are those of a normally developed adult male.

The lower extremities are symmetrical, without palpable edema. There is mild well-healed scarring of the right and left knees, shins, and dorsal aspects of the feet. The appropriate numbers of digits are on the feet. The toenails are atraumatic.

The upper extremities are symmetrical. There is mild well-healed scarring of the right and left elbows, forearms, and dorsal aspects of the hands. The appropriate numbers of digits are on the hands. The fingernails are atraumatic.

The back is symmetrical.

DESCRIPTION OF INJURIES:

I. GUNSHOT WOUND OF THE LEFT UPPER EXTREMITY AND TORSO: A perforating gunshot entrance wound of the dorsal left arm is located 8-1/2 inches below the apex

Subject to Privacy Act Order Entered on April 19, 2021

of the left shoulder. The circular entrance wound measures 5/16 inch in diameter. There is no evidence of soot deposition or gunpowder stippling on the skin surrounding the entrance wound. The inferolateral wound margin has a 1/16 inch abrasion. The superomedial wound margin has multiple 1/32 inch radiating tears. The wound path is through the skin, subcutaneous tissue, and musculature of the dorsal left arm. A 3-3/4 by 1-1/2 inch, gaping, irregular gunshot exit wound is centered 7 inches below the apex of the left shoulder, on the dorsomedial aspect of the left arm. The wound is diagonally oriented. There are multiple marginal radiating tears, measuring up to 1/4 inch along the medial wound margin and up to 3/4 inch along the lateral wound margin. The skin adjacent to the gunshot exit wound has patchy to confluent purple contusion. The direction of the wound path is left to right, back to front and upward. No bullets or fragments are recovered from the wound track. A gunshot wound consistent with a re-entrance is on the lateral left side of the chest. The wound is in the inferomedial left axillary region, located 13 inches below the top of the head, 5 inches below the apex of the left shoulder, and 10 inches left of the anterior midline. The circular to slightly irregular defect has a curvilinear to irregular concentric marginal abrasion, measuring 1/16 to 3/16 inch and sparse radiating tears, measuring up to 1/16 inch. There is no evidence of soot deposition or gunpowder stippling on the skin surrounding the entrance wound. The surrounding skin has a 3 inch purple contusion with patchy mottling. The wound path is through the skin, subcutaneous tissue, and musculature of the lateral left side of the chest, the lateral aspect of the left third rib, the upper and lower lobes of the left lung, the aorta, the eighth thoracic vertebra (without associated spinal cord injury), the lower lobe of the right lung, the dorsolateral aspect of the right eighth rib, and the musculature and subcutaneous tissue of the lateral right side of the back. A deformed, small caliber, copper-jacketed, hollow-point bullet with the emblem of "T" on the base of the bullet is recovered from the musculature of the lateral right side of the back. The recovered bullet is photographed, placed in a labeled envelope, and submitted as evidence. The direction of the wound path is left to right, downward, and slightly front to back. The right and left thoracic cavities contain 500 milliliters and 600 milliliters of liquid and clotted blood, respectively. The musculature and subcutaneous tissue of the right side of the back have extensive hemorrhage.

II. BLUNT FORCE INJURIES (EXTERNAL): The right and left periorbital and superior zygomatic regions have dark red-purple to slightly greenish ecchymoses with minimal associated edema. The inferior central aspect of the forehead, bridge of the nose, and tip of the nose have a vertically oriented 2 by 3/8 inch cluster of patchy to confluent

Subject to Privacy Act Order Entered on April 19, 2021

red-purple contusions. The left buccal region has a 1/2 inch purple contusion. The right zygomatic region has a 1/16 inch red abrasion with an associated 1/2 by 1/16 inch red contusion. The anterior left side of the forehead has a 1-1/2 by 1 inch cluster of red contusions. The lateral right frontal scalp has a 1 by 3/4 inch cluster of purple contusions and sparse punctate to 1 by 1/8 inch tan abrasions. The left preauricular region has a vertically oriented 1-1/4 by 3/8 inch red abrasion with adjacent sparse, punctate, red abrasions. The inferior left temporal region has a 1 by 5/8 inch cluster of red-purple contused abrasions. The left parieto-occipital scalp has a 2 by 1 inch patterned abrasion cluster with associated 1-1/2 inch red-purple contusion. The superior left parietal scalp has a 1/4 by 1/16 inch red abrasion with associated 1/8 inch marginal contusion and an adjacent 3/8 inch, patterned, red, contused abrasion. The left temporoparietal scalp has sparse red abrasions measuring 1/16 to 1/8 inch. The left mastoid region has a 1/4 by 1/16 inch red abrasion. The superior aspect of the left ear pinna has confluent purple contusion. The inferolateral left occipital scalp has a 2 by 1 inch cluster of red contusions. The inferior occipital scalp and superior dorsal aspect of the neck have a 2 by 1 inch, horizontally oriented, faint, patterned red-purple contusion. The occipital scalp has a 7 by 3 inch cluster of 1/8 to 3/8 inch, semicircular to circular, red ecchymoses with superficial abrasions.

The dorsal left arm has red contusions measuring 3/8 inch and 3/4 by 3/8 inch. The lateral left arm has a 1/4 inch red contusion. The left elbow region has tan abrasions measuring 1/16 inch and 1/4 inch. The dorsal right arm has a diagonally oriented, 4 by 1/4 inch, red ecchymosis. The distal dorsal right arm has a 5/8 inch red-purple contusion with a 1/8 inch tan abrasion.

The superior aspect of the dorsal right shoulder region has a 1/4 inch purple contusion. The left side of the back has a 3/8 inch purple contusion. The right buttock has a faint 4 by 3 inch purple contusion.

The dorsal aspect of the left foot has a 1-1/4 by 1/8 inch, linear cluster of punctate to 1/8 by 1/4 inch red abrasions.

(INTERNAL): The left frontoparietal, left temporoparietal, left parieto-occipital, and right frontoparietal regions of the scalp have patchy to confluent hemorrhages. Reflection of the skin overlying the anterior and posterior torso and the dorsal aspects of the right and left upper and lower extremities reveals a focal 3 inch contusion of the

Subject to Privacy Act Order Entered on April 19, 2021

right buttock with subcutaneous tissue and muscular involvement and a 3 by 2 inch cluster of subcutaneous tissue and superficial muscular hemorrhages overlying the anterior right side of the chest.

III. SHARP FORCE INJURIES:

A. STAB WOUND OF THE RIGHT UPPER EXTREMITY: An atypical penetrating stab wound is on the dorsal right arm, located 6-1/2 inches below the top of the right shoulder. The wound is oriented in the 11 to 5 o'clock position and measures 5/8 inch in length. The superior and inferior wound margins are sharp. The superior aspect of the wound has marginal tears measuring up to 1/16 inch. The wound path is through the skin and subcutaneous tissue of the right arm. The direction of the wound path is back to front, right to left, and downward. The approximate depth of penetration is 1 inch.

B. STAB WOUND OF THE LEFT UPPER EXTREMITY: An atypical, tangential penetrating stab wound of the dorsomedial left forearm is located 17 inches below the top of the left shoulder. The 2 inch curvilinear wound has sharp medial and lateral margins and is horizontally oriented. The superior wound margin has a slightly irregular tan abrasion measuring 1/32 to 1/16 inch. The central aspect of the wound has an angular region measuring 1/2 inch. The skin adjacent to the superior wound margin has a sharply demarcated 2 by up to 3/4 inch cluster of punctate to linear red-tan abrasions. The wound path is through the skin, subcutaneous tissue, and musculature of the dorsomedial left forearm. The direction of the wound path is downward, front to back, and right to left. The approximate depth of penetration is 2-1/2 inches. There is minimal hemorrhage along the wound track.

C. CUTTING WOUND OF THE LEFT PERIORBITAL REGION: The lateral left periorbital region has a diagonally oriented 5/8 inch cutting wound. The superior and inferior wound margins are sharp. There are sparse 1/32 to 1/16 inch tears along the wound margins. The wound path is through the skin and subcutaneous tissue. The direction of the wound path is left to right. The approximate depth of penetration is 1/4 inch.

D. CUTTING WOUNDS OF THE RIGHT UPPER EXTREMITY:

1. A 1-3/8 inch, near-vertically oriented, superficial cutting wound is on the medial aspect of the right antecubital fossa.

Subject to Privacy Act Order Entered on April 19, 2021

2. A 1-1/2 by up to 1/8 inch, curvilinear superficial cutting wound is on the proximal dorsomedial right forearm.

3. A 1-3/4 by up to 1/8 inch, horizontally oriented, superficial cutting wound is on the distal lateral right arm. The wound margins are irregular with multiple 1/32 to 1/16 inch tears and sparse punctate to 1/16 inch abrasions adjacent to the posterior wound margin.

4. The proximal dorsal right forearm has a 3/4 inch, near-horizontally oriented, superficial cutting wound.

5. The dorsal right arm has sparse (approximately 3) punctate to 3/16 inch, linear superficial cutting wounds.

E. SUPERFICIAL CUTTING WOUNDS OF THE LEFT EAR/PERIAURICULAR REGION: The dorsal aspect of the left ear pinna and adjacent inferior left temporal/periauricular region has multiple superficial cutting wounds (approximately six) measuring 1/8 to 3/8 inch.

IV. INJURIES CONSISTENT WITH MEDICAL INTERVENTION: The anterolateral left first and second ribs are fractured. The dorsolateral left fifth and sixth intercostal spaces have intercostal muscle and pleural defects consistent with chest tube placement/attempts.

INTERNAL EXAMINATION: See DESCRIPTION OF INJURIES. The abdominal fat layer at the level of the umbilicus measures 1-1/2 inches in maximum thickness. The peritoneal, serosal, and pleural surfaces are free of exudation. The abdominal cavity contains no excess fluids. The internal organs are in their usual locations and have normal anatomic relationships.

HEART: See DESCRIPTION OF INJURIES. The heart weighs 290 grams and has moderate epicardial adipose tissue. The epicardium is smooth, glistening, and intact. The coronary arteries arise from the usual sites and are normally located over the surface of the heart. The left anterior descending coronary artery has 10 percent luminal narrowing. The circumflex coronary artery has 20 percent luminal narrowing. The right coronary artery is unremarkable. The myocardium is red-brown and firm, without focal lesions or fibrosis. The free wall of the left ventricle and the interventricular septum measure 1.3 centimeters. The free wall of the right ventricle measures 0.3

Subject to Privacy Act Order Entered on April 19, 2021

centimeter. The cardiac chambers have the usual sizes and positional relationships. The cardiac valve cusps and leaflets are normal in number and configuration. The tricuspid valve measures 10 centimeters. The pulmonic and aortic valves each measure 7 centimeters. The mitral valve measures 9.5 centimeters. The interatrial and interventricular septa are intact, without asymmetrical thickening. Aside from previously described injuries, the aorta has patchy intimal thickening along its length.

LUNGS: See DESCRIPTION OF INJURIES. The right and left lungs weigh 240 grams and 220 grams, respectively. The pleural surfaces have mild patchy anthracotic pigment deposition. The lungs have patchy hyperinflation. The bronchi contain sparse blood. The pink-tan bronchial mucosa is unremarkable. Aside from previously described injuries, the pulmonary parenchyma is unremarkable, without consolidations, edema, or congestion. The pulmonary vasculature is free of thrombi or emboli.

LIVER: The liver weighs 1450 grams and has a smooth, intact capsule. The red-brown to tan-yellow hepatic parenchyma is otherwise unremarkable, without focal lesions or apparent fibrosis. The gallbladder contains 17 milliliters of green-brown bile, without gallstones. The gallbladder mucosa is unremarkable.

SPLEEN: The spleen weighs 80 grams and has a smooth, intact capsule. The red-brown splenic parenchyma is unremarkable, without focal lesions.

ADRENALS: The adrenal glands are surrounded by moderate amounts of adipose tissue. The tan-yellow adrenal cortices are unremarkable, without thickening or nodules. The red-brown medullae are unremarkable.

PANCREAS: The pancreatic parenchyma is tan and unremarkable, without focal lesions or apparent fibrosis.

GENITOURINARY TRACT: The right and left kidneys each weigh 110 grams. The red-brown renal cortices have patchy minimal granular changes. The corticomedullary differentiation is well preserved, without renal parenchymal infarcts or additional lesions. The urinary bladder contains 90 milliliters of pale yellow urine. The pink-tan bladder mucosa is unremarkable. The prostate gland is enlarged, measuring 5 centimeters in diameter, without apparent nodular changes. The testes are unremarkable.

Subject to Privacy Act Order Entered on April 19, 2021

GASTROINTESTINAL TRACT: The esophagus has a pink-tan to gray, smooth mucosa. The stomach contains 100 milliliters of watery, green fluid with minimal food. The tan gastric mucosa has preserved rugal folds. The small and large intestinal serosal surfaces are free of exudation. The appendix is at its usual location at the tip of the cecum and is unremarkable.

BONES: See DESCRIPTION OF INJURIES. Aside from previously described injuries, the remaining axial and appendicular skeletons are intact and unremarkable.

NECK: The strap musculature of the anterior aspects of the neck is reflected in a layered fashion and is free of focal hemorrhages. The hyoid bone, thyroid and cricoid cartilages are intact and unremarkable. The tongue is free of intramuscular hemorrhage. The laryngeal mucosa is pink-tan, without petechial hemorrhages or edema. The upper airway is widely patent. The thyroid gland has a firm, red-brown, homogenous parenchyma, without focal lesions.

HEAD: See DESCRIPTION OF INJURIES. The brain weighs 1350 grams. There are no epidural, subdural, or subarachnoid hemorrhages. The cerebrum has no apparent gyral flattening or narrowing of the sulci. There is no uncal notching or cerebellar tonsillar coning. The vessels at the base of the brain are intact and widely patent, without luminal narrowing. The basilar skull is free of fractures. The atlanto-occipital articulation is stable.

TOXICOLOGY: Liver, stomach contents, bile, blood, urine, vitreous, and brain are submitted.

HISTOLOGY: Portions of tissues are retained in formalin and submitted in histology cassettes as follows: A - Heart; B - Right lung; C - Left lung; D - Liver and kidney; E - Brain (frontal lobe of cerebrum).

EVIDENCE SUBMITTED: Clothing, fingernail scrapings and clippings, a DNA bloodstain card, a scanning electron microscopy test kit, a recovered bullet, and recovered duct tape are submitted.

RADIOGRAPHS: X-rays are obtained.

Subject to Privacy Act Order Entered on April 19, 2021

OFFICERS IN ATTENDANCE: Detective R. Lujan of Houston Police Department and Federal Bureau of Investigation agents Steve Gonzalez and Eric Norman are in attendance during the examination.

PATHOLOGICAL FINDINGS

I. Gunshot wound of the left upper extremity and torso
   A. Perforating gunshot entrance wound of the dorsal left arm with re-entry of the torso
   B. No evidence of close range firing on the skin
   C. Injury to soft tissue of the left upper extremity
   D. Direction of the wound path: Left to right, back to front, and upward
   E. No bullets or fragments recovered from the wound track (gaping gunshot exit wound of the dorsomedial left arm)
   F. Gunshot wound of the lateral left torso (consistent with re-entrance)
   G. No evidence of close range firing on the skin (atypical entrance wound)
   H. Injuries to the right and left lungs, the aorta, and the eighth thoracic vertebra (without associated spinal cord injury)
   I. Direction of the wound path: Left to right, downward, and slightly front to back
   J. Recovery of a small caliber, deformed, copper-jacketed, hollow-point bullet from the musculature of the lateral right side of the back
   K. Bilateral hemothoraces (right - 500 milliliters; left - 600 milliliters)
II. Blunt force injuries
   A. Multiple contusions and abrasions of the face, scalp, and left ear (without intracranial hemorrhage)
   B. Sparse contusions and abrasions of the extremities
   C. Sparse contusions of the back and right buttock
III. Sharp force injuries
   A. Stab wound of the dorsal right arm
      1. Penetrating, atypical stab wound of the dorsal right arm
      2. Depth of penetration: 1 inch
   B. Stab wound of the dorsomedial left forearm
      1. Penetrating, atypical/tangential stab wound of the dorsomedial left forearm
      2. Depth of penetration: 2-1/2 inches
   C. Cutting wound of the lateral left zygomatic region

Subject to Privacy Act Order Entered on April 19, 2021

1. Depth of penetration: 1/4 inch

D. Superficial cutting wounds of the right arm and forearm

E. Superficial cutting wounds of the left ear and periauricular region

IV. Left rib fractures and intercostal muscle and pleural defects (consistent with medical intervention)

Subject to Privacy Act Order Entered on April 19, 2021

| Harris County Institute of Forensic Sciences | | |
|---|---|---|
| Case Number: 18-0362 | | Page: 1 of 4 |
| Decedent's Name: Unk male | Length: 64 | Weight: 164 |
| Examiner: [illegible] | Date: 1/25/18 | Time: 11:00 A |

| Section: Pathology | Authorized by: DA Wolf |
|---|---|
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT.001 |
| Rev.: | Rev. date: 11/5/13 |

Subject to Privacy Act Order Entered on April 19, 2021

# Harris County Institute of Forensic Sciences

| Case Number: 18-0362 | | Page: 1 of 4 |
|---|---|---|
| Decedent's Name: unk male | Length: 64 | Weight: 164 |
| Examiner: | Date: 1/28/18 | Time: 11:00 A |

| Section: Pathology | Authorized by: DA Wolf |
|---|---|
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT.001 |
| Rev.: | Rev. date: 11/5/13 |

FBI000260



INSTITUTE OF FORENSIC SCIENCES
HARRIS COUNTY

| Harris County Institute of Forensic Sciences | | |
|---|---|---|
| Case Number: 18 - 0362 | Decedent's Name: unk male | |
| Examiner: | Date: 1/25/18 | Page: 1 of 4 |

re-entry lat (L) throat
5" below (L) shoulder apex

13 TOH / 10 COAm

3/4 circular def w/ irregular jagged margin

(A) 5/16" def
inf lat
sup med T's
1/32

3"

L. ARM

R. ARM

ERF

Section: Pathology
Form Title: Autopsy Diagram – Adult male, full body, lateral
Rev.:
Authorized by: DA Wolf
Form No.: PAT.003
Rev. date: 11/5/13

FBI000261

Subject to Privacy Act Order Entered on April 19, 2021



**Harris County Institute of Forensic Sciences**

| Case Number: 18-0362 | Decedent's Name: | | |
|---|---|---|---|
| Examiner: | Date: 1/25/18 | Time: 11:00 A | Page: 1 of 4 |

D.K.W

| Section: Pathology | Authorized by: DA Wolf |
|---|---|
| Form Title: Autopsy Diagram – Skull, All Views | Form No.: PAT.011 |
| Rev.: | Rev. date: 6/4/13 |

FBI000262

Subject to Privacy Act Order Entered on April 19, 2021

**HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES**
1861 Old Spanish Trail
Houston, TX 77054-2001
Phone: 832-927-5005 FAX: 832-927-2876

# TOXICOLOGY REPORT

**March 21, 2018**

**LABORATORY NUMBER:** ML18-0362

**Deceased: ULISIS SEBASTIAN VALLADARES**

**Submitted By:**

Roger Milton, Jr., M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

**Agency Number:** ML18-0362
**Submission Date:** January 25, 2018

**Specimen: Blood (femoral)**

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Acetone | None Detected | Headspace GC | M. DelHomme |
| Ethanol | None Detected | Headspace GC | M. DelHomme |
| Isopropanol | None Detected | Headspace GC | M. DelHomme |
| Methanol | None Detected | Headspace GC | M. DelHomme |

**Specimen: Blood (right chest)**

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Amphetamine | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Benzodiazepines | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Carisoprodol | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Marijuana Metabolite | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Cocaine Metabolite | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Fentanyl | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Methadone | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Methamphetamine | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Opiates | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Phencyclidine | None Detected | Immunoassay - ELISA | F. Gonzalez |

**Medical Examiner's Initials and Date** ____________

**Specimens will be retained for at least one year following the issuance of an original laboratory report.**

An ASCLD/LAB-*International*, Texas Forensic Science Commission, and American Board of Forensic Toxicology Accredited Testing Laboratory

FBI000263 xAll v11202017

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx.

Subject to Privacy Act Order Entered on April 19, 2021

**LABORATORY NUMBER: ML18-0362** **DATE: March 21, 2018**

INSTITUTE OF FORENSIC SCIENCES

MAR 2 2 2018

RECEIVED
RECORDS CUSTODIAN mb

Jessica Lynn Ayala, M.S., D-ABFT-FT
Case and Expert Reviewer
Deputy Chief Toxicologist
March 21, 2018

**Medical Examiner's Initials and Date** RM

**Specimens will be retained for at least one year following the issuance of an original laboratory report.**

An ASCLD/LAB-*International*, Texas Forensic Science Commission, and American Board of Forensic Toxicology Accredited Testing Laboratory

Page 2 of 2

FBI000264 ...xAll v11202017

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx.

Subject to Privacy Act Order Entered on April 19, 2021