# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*March 03, 2026*

Nathan Ochsner, Clerk of Court

No. 25-20180

JUSTINA GARCIA; ULYSSES VALLADARES,

*Plaintiffs—Appellees,*

*versus*

UNITED STATES OF AMERICA,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CV-3196

ORDER:

IT IS ORDERED that Appellees' Opposed motion to supplement the record on appeal with Trial Exhibits is GRANTED.

IRMA CARRILLO RAMIREZ
*United States Circuit Judge*

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 03, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-20180    Garcia v. USA
USDC No. 4:18-CV-3196

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Alexander Charles Johnson
Mr. Randall Lee Kallinen
Mr. U.A. A. Lewis
Mr. Nathan Ochsner
Ms. Ariel Nicole Wiley

No. 25-20180

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

JUSTINA GARCIA; ULYSSES VALLADARES,

Plaintiffs-Appellees,

*versus*

UNITED STATES OF AMERICA,

Defendant-Appellant.

On Appeal from the United States District Court
for the Southern District of Texas
Civil Action No. 4:18-cv-3196

APPELLEES' OPPOSED MOTION TO SUPPLEMENT THE RECORD

*Submitted by:*
Randall L. Kallinen & Alexander C. Johnson
Kallinen Law PLLC
511 Broadway Street
Houston, Texas 77102
Telephone: 713.320.3785
**Attorneys for Appellees**

## GROUNDS AND RELIEF SOUGHT

Appellee seeks to supplement the record under Federal Rule of Appellate Procedure 10(e) to include the trial exhibits that filed by the district court on February 3rd, 2026, as contemplated under Federal Rule of Appellate Procedure 4(a)(4).[1] Appellant indicated that it is opposed to the relief sought. When considerations are made with respect to material that was seen by the district court, there is generally no cause for objection.[2] At this point, Appellant has yet to articulate an objection, and its decision to oppose this Motion is surprising for several reasons, chief among which is the fact that its appeal *relies heavily on these exhibits*.[3] Typically, the only difficulties in enlarging the record on appeal arise when the appeals court considers for the first time "material not before the district court," which is not the case here.[4] Instead, the need for this Court to review the trial exhibits is self-evident where the one of Appellant's two main claims is entirely evidentiary.

But the other reason that Appellant's objection is surprising is that it already had the opportunity to include the trial exhibits in the record on appeal. The parties were emailed by the district court case manager in November of 2025, indicating that this Court was seeking the trial exhibits, and asked the parties to file them.[5] Appellant's counsel responded and worked to get the issue resolved. Two days later, counsel represented to the district court and Appellees that, according to contact with this Court, "the record appeared

---

[1] The documents in question are Docket Entries 197–99, which are attached as a single document in Exhibit 1.

[2] *See United States v. Page*, 661 F.2d 1080, 1082 (5th Cir. 1981)

[3] *See* Appellant's Brief § II (entitled "The district court's findings of fact are unsupported by the record," and arguing extensively based on its own representations about and understanding of the trial exhibits considered by the district court).

[4] *Gibson v. Blackburn*, 744 F.2d 403, 405 n.3 (5th Cir. 1984) (citing *Page*, 661 F.2d at 1082; *Dickerson v. Alabama*, 667 F.2d 1364, 1367 (11th Cir. 1982)); *see also Dakota Indus. v. Dakota Sportswear, Inc.*, 988 F.2d 61, 63 (8th Cir. 1993) ("When the interests of justice demand it, an appellate court may order the record of a case enlarged").

[5] The entire email exchange described herein is included as Exhibit 2.

1

complete and that there was nothing more for the parties to do." To Appellees' understanding, a "complete record" would have included the trial exhibits that the Court was seeking in the first place.

Moreover, Appellant's need for the trial exhibits was unknown to Appellee until Appellant's brief was filed; the only issue that Appellant litigated after the verdict was about attorney's fees, not sufficiency of the evidence.[6] Despite needing the exhibits as a necessary part of its appeal, being alerted to the exhibits' exclusion of the record, and contact with the district court and this Court about those exhibits, it failed to ensure the exhibits' inclusion. Instead, it merely made favorable representations about the exhibits' content in order to make its argument. Appellant attempted to address the exhibits' exclusion, but the footnote that would seemingly do so did not appear in the final submission of its brief.[7]

Again, based on Appellant's own arguments in its brief and the standard for a motion supplementing the record with material considered by the district court, the need to supplement the record is self-evident. But if the Court chooses to deny the present motion, it should instead dismiss Appellant's evidentiary sufficiency argument in its entirety due to Appellant's failure to ensure that this Court had the necessary information required to review that claim.[8]

Respectfully Submitted,

*/s/ Alexander C. Johnson*
Alexander C. Johnson

---

[6] *Compare* ROA.1466–69 *with* Appellant's Brief § II.

[7] Appellant's Brief p. 14 n. 3 (there is a footnote 3 indicated in the third line from the bottom of the page, but no such footnote appears in the document).

[8] *See, e.g., Drake v. Nicholson*, 324 F. App'x 328, 330–31 (5th Cir. 2009); *Brown v. Lacy*, 217 F. App'x 372, 372 (5th Cir. 2007); *Carnival Cruise Lines, Inc. v. Red Fox Indus.*, No. 93-3677, 1994 U.S. App. LEXIS 43439 at *3 (5th Cir. 1994) (cleaned up); *Richardson v. Henry*, 902 F.2d 414, 415–16 (5th Cir. 1990) (all cases where this Court dismissed claims due to appellants failing to include necessary evidence in the record on appeal).

2

Kallinen Law PLLC
State Bar of Texas
    Bar No. 24123583
alex@acj.legal
511 Broadway Street
Houston, Texas 77021
Telephone: 573.340.3316
**Attorney for Appellees**

*/s/ Randall L. Kallinen*
Randall L. Kallinen
Kallinen Law PLLC
State Bar of Texas
    Bar No. 00790995
attorneykallinen@aol.com
511 Broadway Street
Houston, Texas 77012
Telephone: 713.320.3785
Fax: 713.893.6737
**Attorney for Appellant**

3

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Appellant's counsel via email on February 18th, 2026, and in response to the question as to whether Appellant "would file an opposition," counsel stated, "We are opposed."

*/s/ Alexander C. Johnson*
Alexander C. Johnson
**Attorney for Appellees**

## CERTIFICATE OF SERVICE

I certify that on February 19th, 2026, the foregoing Motion was filed electronically using the Court's CM/ECF system, which will give notice to all counsel of record through the Court's ECF System.

*/s/ Alexander C. Johnson*
Alexander C. Johnson
**Attorney for Appellees**

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 1,027 words in total. This brief complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word version 16, and is set in Adobe Caslon Pro, size 14.

*/s/ Alexander C. Johnson*
Alexander C. Johnson
**Attorney for Appellees**

4

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| BROOKE PEARCE, as next of friend of U.V., a minor, and JUSTINA GARCIA, PLAINTIFFS, | § § § § | CIVIL ACTION NO. 4:18-CV-03196 |
| V. | § § | KENNETH M. HOYT |
| FBI AGENT DOE, in his individual capacity, NICHOLAS CHASE CUNNINGHAM; SOPHIA PEREZ HEATH; JIMMY TONY SANCHEZ; DELIA GUALDINA VELASQUEZ; and THE UNITED STATES, DEFENDANTS. | § Judge § § C. Horace § Case Manager § § § Non-Jury Trial § Proceeding | Court Reporter |

### TRIAL EXHIBIT LIST

| No | Description of Exhibit | Offered | Obj. | Admit | N/Adm |
|---|---|---|---|---|---|
| 1 | Photo of House / *Jeffrey Hawkins Statement* | | | / | |
| 2. | Curriculum Vitae of Dr. Reading | | | / | |
| 3. | Curriculum Vitae Report of Dr. Lehrer | | | / | |
| 4. | Policy | | | / | |
| 5. | Hawkin Deposition | | | / | |
| 6. | Autopsy | | | / | |



$\mathcal{N}$ #1



EXHIBIT

1

January 28, 2018
Houston, Texas

*JEH*
I, Jeffrey E. Hawkins, having been duly sworn by Supervisory Special Agent (SSA) Khanh B. Tang hereby make the following statement to SSA Khanh B. Tang and SSA Joseph M. Downing, whom I know to be SSAs of the Federal Bureau of Investigation (FBI), assigned to the San Antonio Field Office:

I have been advised this is an inquiry concerning the shooting and use of force incident which occurred on 01/25/2018, at 7323 Elbert Street, Houston, Texas.

I have read and signed a document entitled, "Warning and Assurance to Employee Requested to Provide Information Following a Shooting Incident."

I entered on duty (EOD) as a Special Agent (SA) on 01/30/2010. After completing New Agent's Training, I was assigned to the New York Field Office from June 2010 to October 2013. I was assigned to the US Attorney's General Protection Detail from October 2013 to August 2017. In August 2017, I transferred to the Houston Field Office, Squad CR-1 and eventually became a full-time Assistant Principal Firearms Instructor assigned to Squad CM-1. My responsibilities in the Houston Field Office includes Crisis Management, Tactical Instructor, Fitness Advisor, and Emergency Medical Technician (EMT-Basic). In addition to my primary duties, I also serve as a member of the Houston Field Office's Special Weapons and Tactics (SWAT) team, for which I was selected in 2017. My law enforcement experience includes more than 10 high risk arrest warrants. I received Basic EMT training in South Carolina in *JEH*

Page 1 of 6

EXHIBIT

1

FBI000001

Subject to Privacy Act Order Entered on April 19, 2021

January 28, 2018
Houston, Texas

JEH

2007 with the State Police. I also provided Special Agent firearms training to the Houston Field Office.

On Wednesday, 01/24/2018, at approximately 7:13 p.m., I received an E-mail notification from SA Michael Walker advising of an operation for that evening. The E-mail requested ''need availability ASAP for kidnapping.''

At the initial rally location, Friendswood Fire Department (FFD), Section Leader Brian Cannon briefed the operation using a white board. He provided information on the kidnapping investigation, subject, victims, and the tactical plan which included positions, duties, and roles of the SWAT Operators. The operational brief was clear and I fully understood my duties and responsibilities. Section Leader (SL) Brian Cannon read the FBI's Deadly Force Policy to the entire team. During the briefing, Assistant Special Agent in Charge (ASAC) Douglas Williams advised one subject at the hotel was taken into custody. SL Cannon continued to brief his operational plan for the hotel location. Shortly afterwards, the team was advised agents took the second subject into custody at the hotel location.

SA Jack Walker and I were provided bunker gloves and bunker pants by members of the FFD to prevent injury during my assignment to ''port'' the windows at the hotel. I received no formal training on the use of the Halligan tool to port windows; however, SA Mike Templeton provided a brief demonstration on how to properly port a window. The bunker pants were previously cut in pieces and duct tapped to my arms from the shoulder down to my hands by SA (Agent Doe) . JEH

Page 2 of 6

Subject to Protective Order Entered on January 6, 2020      FBI000002

Subject to Privacy Act Order Entered on April 19, 2021

January 28, 2018
Houston, Texas

SEH
The SWAT team left for the rally point, but was informed the
subject who had been detained at the hotel provided a new
location in Houston where the victim was being held.

I arrived at the new rally point close to the house where
the victim was being held on Elbert Street. SL Cannon briefed a
new operational plan. He again read the FBI's Deadly Force
Policy. The plan was to take two vehicles, the Bearcat and the
Ford F-350. I understood the plan was to use the ram on the
Bearcat to breach the house. I was assigned to the Ford F-350
and sat in the rear seat. SA (Agent Doe) was the front passenger
and Andrew Kirchhoff was driving. We were assigned to provide
cover on the south side of the house. My responsibility was to
port the windows on the south side and provide my observations of
activity from the interior of the house to the entry team.

Upon arrival at the house, I noticed two sets of two windows
on the south side. We dismounted from the F-350 and tactically
approached the windows. SA (Agent Doe) covered the window closest to
the front of the house which was the first window I was going to
port. I don't remember seeing any lights from the interior or
exterior of the house. It was dark outside, the only ''natural''
light was from the moon; the weather was clear and cold. The
temperature was estimated to be in the 30s.

(A short break was taken from 10:25 a.m. to 10:29 a.m.)
SA (Agent Doe) and I remained posted at the windows until I heard
the command ''breach'' over the radio at which time I ported the
window with the Halligan tool. I ported the window from the
upper right corner. The ''majority of the window'' was broken SEH

Page 3 of 6

Subject to Protective Order Entered on January 6, 2020.     FBI000003
Subject to Privacy Act Order Entered on April 19, 2021

January 28, 2018
Houston, Texas

JEH out. I don't know exactly how much was left. During the port, I dropped the Halligan tool inside the house. I immediately moved to my left so SA (Agent Doe) could cover the window. I heard "yelling" and when I turned to my right, I saw what I believed to be a male leaning out the window with most of the torso exposed and arms extended in a "shooting platform" position in close proximity to SA (Agent Doe) I could not recall who yelled or if the yelling was in Spanish or English. I heard two shots, saw the muzzle flash, and believed I was being shot at. I attempted to radio "shots fired, shots fired"; however, the bunker gloves prevented me from indexing the radio.

I heard SA (Agent Doe) make a statement of "that was me" or "I shot." Then I heard him say, "He grabbed my gun." The same person I saw leaning out the window went back into the window. I moved to cover at a nearby vehicle approximately 15 to 20 feet from the window. I removed the bunker gloves and returned to cover SA (Agent Doe) I saw, through the window, the entry team enter the room. I heard, over the radio, medic needed. As a certified EMT, I checked with SA (Agent Doe) prior to entering the house to render or assist with medical aide.

As I entered the house, SA Cannon instructed me to get EMS. I went outside and saw no EMS personnel. I called Tactical Operations Center (TOC) and asked for EMS. At some point, I remember hearing SA Walker say "laceration" over the radio. Shortly after calling TOC, EMS arrived, I briefed EMS that the victim had a laceration with a possible gunshot wound and escorted one EMT into the house where the victim was located. JEH

Page 4 of 6

Subject to Protective Order Entered on January 6, 2020      FBI000004

Subject to Privacy Act Order Entered on April 19, 2021

January 28, 2018
Houston, Texas

JEH I saw the victim lying on his back. SA Walker and SA Tomas Ortiz provided medical treatment to the victim. I saw duct tape on the victim's wrists which were separated. I approached the victim's left side and saw a wound under his left arm, slightly below his armpit, about the size of a nickel. I asked SA Walker for a "chest seal and gauze." SA Walker said the victim had no pulse or respiration. I placed the chest seal over the wound and SA Walker administered CPR on the victim. EMS did not have an Automatic External Defibrillator (AED); therefore, I retrieved the AED from the Bearcat. I connected the AED leads to the victim. The AED read "no shock advised." CPR resumed by SA Walker and the cycle was repeated multiple times. The integrity of the chest seal failed, so I placed my hand on the chest seal to stop the bleeding.

I saw a medical personnel who I believed was advanced life support in the room. He took control of the scene and instructed the EMS personnel to transport the victim to the hospital. Before leaving the residence, I picked up the Halligan tool located on the floor in the corner of the room between the couch and the dresser. I asked SA Cannon if I should leave the Halligan tool. SA Cannon concurred and I returned the Halligan tool to the same room where it was found.

I went outside and removed my latex gloves covered with the victim's blood. I noticed a small cut to my right pinky finger. I immediately used a combination of water, peroxide, and alcohol to clean my wound at the back of the Bearcat. I heard someone say SA (Agent Doe) weapon was in the Bearcat. While cleaning my JEH

Page 5 of 6

Subject to Protective Order Entered on January 6, 2020    FBI000005

Subject to Privacy Act Order Entered on April 19, 2021

January 28, 2018
Houston, Texas

JEH

wound, I noticed a rifle in the front of the Bearcat. After cleaning my wound, I saw SA (Agent Doe) and SA Kirchhoff seated in the F-350. SA Kirchhoff, SA (Agent Doe) SA Jeffrey Anderson, and I took the F-350 back to the rally point where SA (Agent Doe) was dropped off at his vehicle. I returned to the office to change clothes and went home. I received a call from SA Walker, after showering, and he instructed me to go to Memorial Herman Hospital due to my exposure to the victim's blood.

(A short break was taken from 11:30 a.m. to 11:35 a.m.)

I have read this statement, consisting of this and five other pages and it is true and correct. JEH

_Jeffrey E. Hawkins_

Sworn to and subscribed before me on the 28th day of January, 2018, in Houston, Texas.

_Khanh B. Tang_

Witness:

_Joseph M. Downing_

Subject to Protective Order Entered on January 6, 2020          FBI000006

Subject to Privacy Act Order Entered on April 19, 2021

# Curriculum Vitae
## William H. Reading, MD

## Personal Information

| | |
|---|---|
| Mailing Address: | 12603 Southwest Freeway, Suite 510, Stafford, Texas, 77477 |
| Home Office Phone: | 281.494.4471    Fax: 281.494.0818. |
| Email: | drreading@gmail.com |
| Web Page: | DrReading.com |
| Southwest Office Address: | 12603 Southwest Freeway, Suite 510, Stafford, Texas, 77477 |
| Southwest Office Phone: | 281.494.4471    Fax: 281.494.0818 |
| Place of Birth: | Houston, Texas |
| Marital Status: | Married to Teresa Annette Reading, nee::Cox |
| Children: | William Frank, Brian Marcus, Andre Alfonso, and John Paul |
| Languages: | English, Spanish (Certified Interpreter, Texas Department of Criminal Justice) |
| NPI #: | 1205027562 |

## Licensure

| | |
|---|---|
| Medical License: | Texas State Board of Medical Examiners. G8363 Granted: August 1985 |
| Nursing License: | Texas State Board of Nurse Examiners Registered Nurse Granted: March 1977, currently inactive |

## Board Certifications

American Board of Psychiatry and Neurology:

Diplomate, Psychiatry, Certificate number: 34314 Granted: April 1991

EXHIBIT
2
tabbies

## *Education*

**Graduate School:**  University of Houston System: Graduate School of Business
MBA Program: Behavioral Management Science, Business Statistics
Cumulative GPA: 4.0
Fall Semester Attendance: 2002

**Chief Residency:**  Texas Tech University Health Sciences Center, Lubbock, Texas
Department of Neuropsychiatry and Behavioral Sciences, Chief Resident,
with additional training in Inpatient and Outpatient Chemical Dependence
Treatment with the Southwest Institute.
June, 1987-May, 1988
Certificate of Service: Chief Resident.

**Residency:**  Texas Tech University Health Sciences Center, Lubbock, Texas
Department of Neuropsychiatry and Behavioral Sciences (including 3
month rotation in EEG interpretation)
June, 1985-May, 1988
Certificate of Completion: Psychiatry Residency Training

**Internship:**  Texas Tech University Health Sciences Center, Lubbock, Texas
Rotating Internship including Internal Medicine, Pediatrics, Family
Practice and Neurology
June, 1984-May, 1985
Internship Completed: May, 1985

**Medical School:**  The University of Texas Medical School, San Antonio, Texas
August, 1980-May, 1984
Degree: Doctor of Medicine

**College:**  The University of Texas, Austin, Texas
Coursework towards Ph.D. in Zoology, Specialization Neurophysiology
June, 1979-May, 1980

**College:**  The University of Texas, Austin, Texas
Business Courses: Marketing, Personnel Management, Business Law, and
Accounting January, 1979-May, 1979

**College:**  The University of Texas, Austin, Texas
September, 1976-December, 1978
Degree: Bachelor of Science, Zoology

**College:**  San Jacinto College,
Pasadena, Texas
September, 1974-May, 1976
Degree: Associate of Science, Nursing

**High School:**  Clear Creek High School, League City, Texas
September, 1970-May, 1974
Degree: High School Diploma

**Intermediate:** Seabrook Intermediate School, 7-8
Seabrook, Texas
September, 1968-May, 1970

**Elementary:** LaVace Stewart Elementary School, K-6

Kemah, Texas
September, 1961-May, 1968

## *Practice Experience*

**Private Practice and Forensic Psychiatry**

Outpatient Psychiatry for Adults, Adolescents, and Children
2003 – Present

**Forensic, Correctional, and Administrative Psychiatry:**



University of Texas Medical Branch – Correctional Managed Care: Clinical Director, Jester 4 Psychiatric Hospital with responsibilities including, but not limited to the following: Clinical and Administrative Supervision of a 550 Bed Psychiatric Hospital Unit within the Texas Prison System; Supervision of the UTMB Department of Preventive Medicine and Community Health Forensic Psychiatry Rotation; UTMB-CMC-TTU-UTMB-CMC-TDCJ Pharmacy and Therapeutics Committee; Non-Formulary Psychotropic Medication Override Authority for UTMB-CMC System; Health Authority for Jester IV Unit; Supervision and Direct Patient Care Via System-Wide Digital Medical Services and the Electronic Medical Record (Telemedicine); Utilization Review; Quality Assessment and Improvement (Facility Leadership Council); Facility Management Team; Clinical Supervision of Outpatient Psychiatric Providers; Backup On-Call for Psychiatric Physicians and Midlevel Practitioners; Psychiatric Direction of Jester I Substance Abuse Felony Program (SAFP)
2001– 2008

**Medical Directorship**

Medical Director, New River Cove Treatment Center,
Belize, C.A.
2005 - 2007

**Locum Tenens Psychiatry:**

Outpatient and Inpatient Psychiatry for Children, Adolescents, and Adults,
2000-2001

**Public Psychiatric Practice:**

Texana MHMR Center (formerly Riceland Regional Mental Health
    Authority) Fort Bend, Wharton, Matagorda, Colorado, Austin,
    and Waller Counties, 1992-2001
Child and Adolescent Psychiatry Outpatient Service, Fort Bend and
    Wharton Counties, 1999-2001
Full Management Team, 1998-2001
Medical/Treatment Director, Assertive Community Treatment (ACT)
    Team, Six County Service Area, 1999-2000
President of the Medical Staff, Silverbridge Hospital (Riceland
    Psychiatric Hospital) 1994-2000
Child/Adolescent Outpatient Service Colorado/Matagorda County, 1999
Diagnostic and Evaluation Service and Consultation Liaison Service,
    Children, Adolescents, and Adults, 1995-1999
Inpatient Geropsychiatry and Adult Psychiatry, Riceland Psychiatric
    Hospital, Partial Hospitalization Program, 1994-1999
Risk Management Committee, Chairman, 1996-1999
Management Coordinating Team, 1997-1998
Psychiatric Director Wharton Clinic, Psychosocial Rehabilitation
    Program, Residential Treatment Unit, and cross-coverage for
    Crisis Resolution Unit, 1993-1994
Clinic Director and Psychiatrist, Matagorda County Clinic and
    Psychosocial Rehabilitation Program, 1992-1993

| | |
|---|---|
| **Private Practice Psychiatry:** | Outpatient Psychiatry for Adults, Adolescents, and Children<br>Brain Electrical Activity Mapping, Polysomnography, 24-hour<br>Ambulatory EEG, ECT<br>Inpatient Psychiatry for Adults and Adolescents<br>Victoria, Texas 1989-1992 |
| **Public Psychiatric Practice:** | **Independent Contract Psychiatrist**<br>Outpatient Adult Psychiatry at Gulf Bend MHMR Center<br>Victoria, Texas 1991-1992 |
| **Private Practice Psychiatry:** | Outpatient Psychiatry for Adults, Adolescents, and Children<br>Brain Electrical Activity Mapping, Polysomnography, 24-hour<br>Ambulatory EEG, ECT, Round Rock, Texas 1988-1991<br>Inpatient Psychiatry for Adults, Adolescents, and Children,<br>Austin, Texas 1988-1991<br><br>Medical Director, Inpatient and Outpatient Chemical Dependence<br>Treatment Program, Georgetown Hospital<br>Georgetown, Texas, 1988-1990<br><br>Consultation-Liaison Psychiatry 1988-1992 |
| **Public Psychiatric Practice:**<br>**State of Texas** | Inpatient Adult Psychiatry, Psychiatrist I, Unit Psychiatrist<br>Big Spring State Hospital, TDMHMR<br>Big Spring, Texas, 1988<br><br>Inpatient Adult, Geriatric, Child and Adolescent, Psychiatry<br>Short, Intermediate and Long-term Stays<br>Weekend management for entire State Hospital and<br>Emergency Psychiatry 1985-1988. |

## *Locum Tenens*

| | |
|---|---|
| **Estelle and Holliday Units:**<br>**University of Texas Medical**<br>**Branch – Texas Department**<br>**Of Criminal Justice** | Staff Care 222 W Las Colinas Blvd., Suite 440 Irving TX 75039<br>800.685.2272<br>Outpatient Forensic Psychiatry: Intake Evaluation, Medication<br>Management, and Consultation/Liaison Psychiatry on the Department of<br>Criminal Justice Estelle (formerly Ellis II), Estelle High Security, Estelle<br>Regional Medical Facility, and Holliday Units; Contracted to the<br>University of Texas Medical Branch-Correctional Managed Care,<br>Galveston TX  June, 2001 |
| **Livingston (formerly Terrell)**<br>**and Gib Lewis Units:**<br>**University of Texas Medical**<br>**Branch – Texas Department**<br>**Of Criminal Justice** | Staff Care 222 W Las Colinas Blvd., Suite 440 Irving TX 75039<br>800.685.2272<br>Outpatient Forensic Psychiatry on the Department of Criminal Justice<br>Livingston (formerly Terrell) and Gib Lewis Units; Contracted to the<br>University of Texas Medical Branch-Correctional Managed Care,<br>Galveston TX April, 2001 |
| **Tropical Texas MHMR:** | J & C Nationwide 5284 S Commerce Suite C 294 Murray UT 84107<br>800.809.9990<br>Outpatient Public Psychiatry for Children and Adolescents:<br>Harlingen and Brownsville TX  50 – 75 % Spanish Speaking Patients<br>August, 2000 |
| **TDCJ Skyview Unit:** | Staff Care 222 W Las Colinas Blvd., Suite 440 Irving TX 75039 |

**UTMB**                          800.685.2272
Crisis Management, Diagnosis and Evaluation, and Inpatient Forensic
Psychiatry including Initial Psychiatric Evaluations on The Texas
Department of Criminal Justice Skyview and Hodge Units
Contracted to the University of Texas Medical Branch-Correctional
Managed Care, Galveston, TX
July, 2000

**West Texas Center for MHMR:** **Independent Contract Psychiatrist**
Outpatient Public Psychiatry
Nolan County Clinic, Sweetwater, Texas.
June, 2000

## *Professional Organizations*

**Medical Association:**  Texas Medical Association, 1980 – Present
Board of Councilors: Vice-Councilor, District 8, 2002 – 2011
House of Delegates, 1999 – 2011
Small Districts Caucus, 1999 – 2011
Hospital Medical Staff Section, 1999-2000
Young Physicians Section, Delegate, 1989-1990
Young Physicians Section, Alternate Delegate, 1988
Resident Physician Section, 1984-1988
Medical Student Section, 1980-1984

**Medical Society:**  Fort Bend County Medical Society
Executive Board, 1997-2011
Immediate Past President, 2002
President, 2001
President- Elect, 2000
Secretary-Treasurer, 1999
Delegate, 1999-2011
Alternate Delegate- 1997-1999

American Academy of Addiction Psychiatry 2005 - 2008

International Academy for Eating Disorders, 2006 – 2008

International Society for Research on Impulsivity, Charter Member, 2003 – 2008

World Psychiatric Association, Section on Personality Disorders, 2003 – 2008

**Specialty Society:**  American Psychiatric Association, Member 1986-1992
Texas Society of Psychiatric Physicians, Member 1986-1992
Vice-Chairman, Committee on Professional Standards, 1992
Executive Council, Chapter Representative, 1991-1992
Committee on Professional Standards, 1988-1992
Executive Council, Resident Representative, 1987-1988
Committee on Quality Assurance, 1987-1988

Association of Military Surgeons of the United States, 1985-1989

American Sleep Disorder Association, 1989-1992

American Society of Bariatric Medicine, 1991-1992

New York Academy of Sciences, 1988-1989

American Association for the Advancement of Science, 1988-1989

## *Military Service*

United States Army:



Honorable Discharge, United States Army
Last held rank: Major, Medical Corps, Reserve Officer
1985-2002

## *Awards, Honors, Offices, Appointments, and Recognition*

University of Texas Medical Branch



5 Year Service Recognition
December 2006

Texas Medical Association



Appointed Chairman,
Socioeconomics Reference Committee
May 2005

Texas Medical Association



Socioeconomics Reference Committee Appointment
March 2004

University of Texas Medical Branch



Assistant Professor of
Preventive Medicine and Community Health
January 2004- 2008.

Who's Who In Executives and Professionals

Biographee
December 2003

Fort Bend Independent School:

Health Education Advisory Board
2003 –

Texas Department of Criminal Justice:

Pharmacy and Therapeutics Committee
2003 – 2008.

Texas Medical Association:

Vice Councilor, Board of Councilors
District VIII: Galveston, Brazoria, Callioun, Colorado,
DeWitt, Fayette, Fort Bend, Goliad, Jackson, Lavaca,
Matagorda, Victoria, and Wharton County.
2002 – 2014.

Fort Bend County Medical Society:

Executive Board Member, 1999-2011.

Pfizer Pharmaceuticals, Inc.

Pharmaco-economic Advisory Board
2003 – 2004

| | |
|---|---|
| Fort Bend County Medical Society: | Delegate to the Texas Medical Association, 1999–2011. |
| Mental Health Association Fort Bend County: | Chair of the Advisory Board, 2000 – 2010 |
| Fort Bend County Medical Society: | Immediate Past President, 2002 |
| Fort Bend County Medical Society: | Certificate of Meritorious Achievement January, 2002 |
| Clements HS Navy JROTC Booster Club: | Certificate of Appreciation for Service to Organization, May, 2002 |
| Fort Bend Independent School District: | Certificate of Appreciation for Service to Academic Decathlon, November, 2001 |
| Texana MHMR: | Exceptional Service Star, 2001 |
| Fort Bend County Medical Society: | President, 2001 |
| Texana MHMR: | Service Award, 2001 |
| Fort Bend County Medical Society: | President-Elect, 2000 |
| Texana MHMR: | Exceptional Service Star, 2000 |
| Silverbridge Hospital: | President of the Medical Staff, 1994 – 2000 |
| Fort Bend County Medical Society: | Secretary-Treasurer, 1999 |
| National Alliance for the Mentally Ill: | Exemplary Psychiatrist Award, 1994 |
| Riceland Regional Mental Health Authority: | Licensed Professional of the Healing Arts Recognition, 1999; 1998 |
| Riceland Regional Mental Health Authority: | Service Recognition Award for Contributions to Management Coordinating Team, September, 1998 |
| Riceland Regional Mental Health Authority: | 5 Year Service Recognition, 1997 3 Year Service Recognition, 1995 |
| Texas Medical Association: | Service Recognition Award, May 1992 |
| Who's Who in America: | Selected Biographee |
| Who's Who in Texas: | Selected Biographee. |
| Who's Who in American Junior Colleges: | Selected Biographee |
| Phi Theta Kappa Honor Fraternity: | Qualified and Elected: 1975 |

## Service Organizations and Activities

| | |
|---|---|
| Mental Health Association of Ft Bend County: | Advisory Board Chairman 2000-2008. |

| | |
|---|---|
| Children's Advocacy Center of Ft Bend County: | Consultant, 1999-2008 |
| Fort Bend Medical Society Alliance: | Member/volunteer/consultant, 2000-2011 |
| TMA Alliance, AMA Alliance: | Member, 2000-2011 |
| St. Laurence Chamber Ensemble: | Tenor, Charter Member, 2002-2006, |
| St. Laurence Contemporary Ensemble: | Tenor and Substitute Cantor, 1994-1999 |
| Clements HS Navy JROTC Booster Club: | Bass Guitarist, 1998-2002<br>Member, 1996-2005 |
| Clements HS Band Booster Club" | Member, 2001-2005 |
| Fort Bend Symphony Orchestra: | Advisory Board, 2000-2002 |
| Teen Court of Fort Bend County: | Volunteer, 2001 |
| Sugar Land Sugar Festival: | Volunteer, 2000 |
| Fun, Fair, Positive Soccer: | Division Coordinator, 1996<br>Coach, U-12, 1995-1996 |
| Lions Club of Bay City: | Member, 1992-1993 |
| Bay City Youth Soccer: | Coach, U-8, 1993 |
| Knights of Columbus: | Member, 4th Degree, 1986-Present |

## Teaching Experience

| | | |
|---|---|---|
| University of Texas Medical Branch: |  | Assistant Professor of Preventive Medicine and Community Health<br>2004 – Present<br>Supervision of Administrative Psychiatry Resident and Fellow Rotation, 2002 – 2005<br>Resident Advisory Committee, 2003 – Present |
| University of Texas H S C, Houston: |  | School of Nursing<br>Guest Lecturer<br>2003 – 2006 |
| University of Texas Medical Branch: |  | Department of Psychiatry and Behavioral Medicine<br>Supervision of Forensic Psychiatry Rotation<br>2005 |
| Baylor Medical School: |  | Department of Psychiatry<br>Supervision of Forensic Psychiatry Rotation<br>2001-2003 |

University of Texas Medical Branch:



Texas Tech University Health Sciences Center Medical School:

Texas Tech University Health Sciences Center Medical School:





Physician Assistant Program, Training and Oversight of Supervision of Physician Assistant Students on inpatient and outpatient rotation on Jester 1, 3, 4, and Central TDCJ Units, 2002-2003

Senior Assistant Instructor
Lubbock, Texas
1987-1988

Assistant Instructor
Lubbock, Texas
1984-1987

## Publications, Research, and Presentations

Reading, William H., *Rational Psychopharmacology*, Mental Health Services Conference, The University of Texas Medical Branch-Correctional Managed Care, Huntsville Texas, May 8 & 10, 2007

Reading, William H., "The Diagnosis and Treatment of Attention Deficit Disorder in Adults and Children", ADDA Southern Region, January 14, 2007, Katy, Texas

Reading, William H., *Diagnostic Considerations of Bipolar I Disorder in Incarcerated Populations*, Correctional Managed Care Winter Conference, The University of Texas Medical Branch, Houston, Texas, February 22, 2006

Reading, William H., *The Phenomenology of Schizophrenia: Correctional Considerations*, Correctional Managed Care Summer Conference, The University of Texas Medical Branch, Houston, Texas, July 28, 2005

Reading, William H., "Medications for Addiction", *It Works If You Work It—A Continuing Education Forum Co-sponsored by The Council on Alcohol and Drug Abuse and The Attention Deficit Disorder Association*, November 11, 2005, Houston, Texas

Reading, William H., "What You Always Wanted To Know About ADD But Were Afraid To Ask", CHADD Adult Support Group, May 3, 2005, Katy, Texas

Reading, William H., "Neuroplasticity and The Behavioral Aspects of a Heart Health Lifestyle", *Heart Healthy Seminar* with Cardiologist, Nik Nikam, MD, April 30, 2005, Sugar Land, Texas

Reading, William H., "Neuroplasticity and The Behavioral Aspects of a Heart Health Lifestyle", *Heart Healthy Seminar* with Cardiologist, Nik Nikam, MD, March 5, 2005, Sugar Land, Texas

Reading, William H., "New Concepts in Antidepressant Therapy", *Fort Bend Psychological Association Meeting*, November 18, 2004, Sugar Land, Texas

Reading, William H., "Televised Interview Regarding ADD", *Joy in Our Town With Gene Chafier*, Channel 14, November 15, 2005, Houston, Texas

Reading, William H., "Anger Management", *Cy-Fair ISD Counselors Training Seminar*, November 11, 2004, Houston, Texas

Reading, William H., "Tools for Teens", *RADD Spring Conference: Mission Possible III*, Session I, March 2, 2004, Sugar Land, Texas

Reading, William H., "Teen Entitlement", *RADD Spring Conference: Mission Possible III*, Session II, March 2, 2004, Sugar Land, Texas

Reading, William H., "New Medications for Treatment of ADD," Lecture, November 20, 2003, Fort Bend ADD Association, Sugar Land, Texas

Reading, William H., "Forensic and Correctional Perspectives in Nursing," Lecture, November 17, 2003, University of Texas Health Science Center at Houston, School of Nursing, Houston, Texas

Reading, William H., "School Phobia in Elementary School Children," Lecture to FBISD Elementary School Counselors, November 14, 2003, Fort Bend Independent School District Administration Building, Sugar Land, Texas

Reading, William H., Keynote Speaker, "Correctional Perspectives in Nursing: Educating Nursing Students and Nurses for Interventions with an Underserved Population: Incarcerated Individuals with Substance Abuse and Mental Illness," *Third Regional Substance Abuse Education Conference for Nurse Educators: Texas, Oklahoma, Louisiana, and Mississippi*, September 26, 2003, University of Texas Health Science Center at Houston, School of Nursing, with partial funding by Texas Addiction Technology Transfer Center, Houston Plaza Hilton, Houston, Texas

Reading, William H., "Medical Consequences of Anorexia Nervosa," Lecture, September 19, 2003 IntraCare Hospital, Texas Medical Center, Houston, Texas

Reading, William H., "Identification of Psychiatric Illness in the Elementary School Classroom", Lecture, September 13, 2003, First United Methodist Church, Sugar Land, Texas

Reading, William H., "Forensic and Correctional Perspectives in Nursing," Lecture, July 19, 2003, University of Texas Health Science Center at Houston, School of Nursing, Houston, Texas

Reading, William H., Panelist, *2003 Pharmacoeconomic Summit on Behavioral Healthcare*, June 13, 2003, Huntington Beach, California

Reading, William H., "Correctional Considerations in Choice of Injectable Antipsychotic and Sedative Medication," *UTMB-CMC Psychiatric Continuing Education Program*, May 22, 2003, Houston, Texas

Reading, William H., *DMS CyberPsychiatry Survival Manual*, 2003, University of Texas Medical Branch-Correctional Managed Care, Galveston, Texas

Reading, William H., "Depression in the Geriatric Post-Stroke Patient," *Memorial Hermann Fort Bend Hospital*, in cooperation with the Mental Health Association of Fort Bend County and West Oaks Hospital, March 25, 2003, Missouri City, Texas

Reading, William H., "Terrorism and Global Business," *Graduate School of Business, University of Houston System*, Fall Semester, 2002, Sugar Land, Texas

Reading, William H., "Critical Review and Analysis of Article: Beer, Michael and Cannon, Mark D., 'Promise and Peril in Implementing Pay for Performance: A Report on Thirteen Natural Experiments,'" Copyright 2002, *Harvard Business School, Division of Research and Faculty Development*, Working Paper #02-064, http://www.hbs.edu/dor/papers2/0102/02-064.pdf, *Graduate School of Business, University of Houston System*, Fall Semester, 2002, Sugar Land, Texas

Reading, William H., "Critical Review and Analysis of Article: Kramer, Roderick M., 'When Paranoia Makes Sense,'" *Harvard Business Review*, Jul2002, Vol. 80, Issue 7, *Graduate School of Business, University of Houston System*, Fall Semester, 2002, Sugar Land, Texas

Reading, William H., "Case Analysis: The Nike Controversies; an analysis of the handling of the controversial 'Sweat Shop' issue," *Graduate School of Business, University of Houston System*, Fall Semester, 2002, Sugar Land, Texas



Reading, William H., "Motivational Crisis: a Case Study of a New Manager and a Commonly Encountered Problem," *Graduate School of Business, University of Houston System*, Fall Semester, 2002, Sugar Land, Texas

Reading, William H., "Tools for Teens", *RADD Fall Conference: Mission Possible II*, September 26, 2002, Sugar Land, Texas

Reading, William H., "Tools for Teens", *RADD Winter Conference: Mission Possible*, February 8, 2001, Sugar Land, Texas

Reading, William H., "Innocent Addictions," *Debra Duncan Show*, Live Broadcast, KPRC TV, Guest Panelist, February 6, 2001, Houston, Texas

Reading, William H., "Differential Diagnosis of ADHD and Bipolar Disorder in Children and Adolescents," *NAMI Fort Bend*, October 5, 2000, Sugar Land, Texas

Reading, William H., "Accessing Mental Health Care," *Wharton Independent School District*, September 2000, Wharton, Texas

Reading, William H., "Depression in the Classroom," *Fort Bend Independent School District*, August 2000, Sugar Land, Texas

Reading, William H., "MH and MR Dual Diagnosis: Diagnostic and Treatment Considerations," *Central Gulf State-Operated MHMR*, 1997, Richmond, Texas

Reading, W.H., Malek-Ahmadi, P. "Monoamine Oxidase Inhibitors in Bulimia: A Review of the Literature" *(unpublished)*, Texas Tech University Health Sciences Center, Department of Psychiatry, 1986, Lubbock, Texas

Reading, William H., "Brain Electrical Activity Mapping in Psychiatry," *Grand Rounds*, Texas Tech University Health Sciences Center, Department of Psychiatry, 1987, Lubbock, Texas

Reading, William H., "Case Conference: Bipolar Disorder, Mixed," *Grand Rounds*, Texas Tech University Health Sciences Center, Department of Psychiatry, 1986, Lubbock, Texas

Reading, William H., "Stroke and Affective Disorders," *Grand Rounds*, Texas Tech University Health Sciences Center, Department of Psychiatry, 1986, Lubbock, Texas

Reading, William H., "Monoamine Oxidase Inhibitors in Bulimia," *Grand Rounds*, Texas Tech University Health Sciences Center, Department of Psychiatry, 1985, Lubbock, Texas

Reading, William H., "Current Concepts in Hypnotherapy," *Grand Rounds*, Texas Tech University Health Sciences Center, Department of Psychiatry, 1984, Lubbock, Texas

## Choral Concerts

Reading, William H., 1st Tenor, St. Laurence Chamber Singers, Fall Concert, *Sing We Now of Christmas*, Featuring Stroope's *American Christmas*, Pinkham's *Gloria*, Victoria's *O Magnum Mysterium*, and various works by Shaw, Busto, Rogers, and Britten, Conductor Kevin Klotz, December 6, 2006, Sugar Land, Texas

Reading, William H., 1st Tenor, St. Laurence Chamber Singers, Spring Concert, *Magnificat*, Featuring Vivaldi's *Magnificat in G minor, RV 610*, Mozart's *Regina Coeli in C Major, K. 276*, and various works by Hassler, Duruflé, Beibl, and Britten, May 11, 2006, Sugar Land, Texas

Reading, William H., 1st Tenor, St. Laurence Chamber Singers, Fall Concert, *Bach and Beyond*, Featuring Bach's *Nach Dir Herr* and Hayden's *Kleine Orgelmesse*, October 28, 2005, Sugar Land, Texas

Reading, William H., 1st Tenor, St. Laurence Chamber Singers, *Spring Concert*, Featuring Durofle's *Requiem* with Orchestral and Organ Accompaniment, April 28, 2005, Sugar Land, Texas

Reading, William H., 1st Tenor, St. Laurence Chamber Singers, *Fall Concert*, Featuring Bernstein's *Chichester Psalms* with Orchestral and Organ Accompaniment, November 4, 2004, Sugar Land, Texas

Reading, William H., Tenor, St. Laurence Chamber Singers, *Spring Concert*, Featuring *Missa brevis in D* and *Ave Verum Corpus* by Wolfgang Amadeus Mozart with Orchestral and Organ Accompaniment, April 22, 2004, Sugar Land, Texas

Reading, William H., 1st Tenor, St. Laurence Chamber Singers, *Fall Concert*, Featuring Fauré's *Requiem* and works by Rutter and Gawthrop with Orchestral and Organ Accompaniment, October 30, 2003, Sugar Land, Texas

Reading, William H., Tenor, St. Laurence Chamber Singers, *Inaugural Concert*, Schubert's *Mass Number 2 in G Major* and other Choral Presentations by Gilbert Martin, David Brunner, and Randall Thompson with Orchestral and Organ Accompaniment, May 5, 2003, Sugar Land, Texas

Reading, William H., Tenor, St. Laurence Contemporary Ensemble, *Choral Concert Series*, Sacred Heart Co-Cathedral, February 5, 2003, Houston, Texas.

Reading, William H., Tenor, *University of Houston Master's Degree Choral Conducting Concert*, Conductor Kevin Klotz, *Gloria* by Antonio Vivaldi (in Latin) and other Choral Presentations with Orchestral and Organ Accompaniment, December 5, 2002, Sugar Land, Texas

# DR. KENNETH EUGENE LEHRER

### (Consulting / Forensic Economist)

DR. KENNETH E. LEHRER has been operating an Economic and Financial Services Consulting company since 1982. He holds four (4) degrees from New York University: Bachelor of Science (Finance), Master of Business Administration (Banking), Master of Arts (Economics) and a Doctorate in Urban Economics. After a career on the corporate staff of Bankers Trust Company (New York), Dr. Lehrer became a Manager for the Greek Shipper, Costas Lemos [dec'd]. Here, he assisted on projects in New York, Houston, Denver, Guam and in Europe. Dr. Lehrer relocated to Houston in 1977.

The organization, formed in 1982, is experienced in many areas of - Economics, Finance, Economic Damage Analysis (including Business and Technology Losses), Banking, Business, ESOP and Non Public Business Valuations, Securities, Healthcare, Fairness and Advisory Opinions, Intellectual Property Valuations, Real Estate and Corporate Finance. The company both prepares institutional economic / finance reports, feasibility analysis, corporate business plans and provides litigation support (having been qualified in both State and Federal Courts) in the areas of - economics, real estate, banking, corporate and IP valuations, class actions and finance. Dr. Lehrer, served for approximately twenty (20) years (1984 – 2002) as an Adjunct Professor of Finance at the University of Houston, Graduate School of Business Administration and (2005 - 2014) an Adjunct Professor of Finance and Economics at the University of Phoenix (Houston Division). Dr. Lehrer is also a speaker at business, economic and real estate seminars.

Dr. Lehrer has served as Chairman of the Board of Directors for the Federal Home Loan Bank of Dallas as agent for the Federal Savings and Loan Insurance Corporation of - Acadia Savings and Loan Association, French Market Homestead Savings, Twin City Savings, First Savings of Louisiana. Dr. Lehrer also served (2005 – 2017) as the Senior Economist and a Director of Aztec Oil and Gas, a former publicly traded corporation.

On a professional basis, Dr. Lehrer is a Texas State Certified General Real Estate Appraiser (License TX-1337797-G) and is recognized by the National Association of Real Estate Appraisers. With his firm, he is a member of - National Association of Business Economists, American Academy of Economic and Financial Experts, American Law and Economics Association, Houston Business Economists, National Forensic Center, National Association of Forensic Economists, American Economic Association, North American Economics and Finance Association, Southern Economic Association, Western Economic Association and the Finance Club and Money Marketeers, both affiliated with New York University.

Dr. Lehrer is registered with the Securities and Exchange Commission as an Investment Advisor under the Investment Advisors Act of 1940 and has held the Full Registration / General Securities (Series 7) and Texas Securities (Series 63) Licenses. He is listed in all editions of "Who's Who In America" since the 45th edition.

- - -

Office Phone (713) 972-7912    FAX (713) 964-0444    E-Mail drken@lehecoserv.com

Web Site    www.LEHECOSERV.com

LEHRER FINANCIAL AND ECONOMIC ADVISORY SERVICES    5555 DEL MONTE DRIVE - SUITE 802 / HOUSTON, TEXAS



**EXHIBIT**

3



# New York University

## Certificate of Distinction

New York University is proud to present this certificate of distinction to Kenneth E. Lehrer, an outstanding alumnus of four divisions of the University. A student of unusual dedication and rare academic ability, Mr. Lehrer earned a B.S. degree from the College of Business and Public Administration in 1967, an M.B.A. in economics and finance from the Graduate School of Business Administration in 1969, a master's degree in economics from the Graduate School of Arts and Science in 1972, and a doctoral degree from the Graduate School of Public Administration in 1980.

An effective and articulate advocate of the University's mission, Mr. Lehrer has maintained an active involvement with New York University despite the demands of his studies and business career and despite the great distance that separates him from his alma mater. Illustrative of his loyalty and tireless activism on behalf of the University is the major role he has played in organizing the University's alumni in Houston, Texas.

It is with great pleasure that the University acknowledges Kenneth E. Lehrer's impressive scholarly achievements and his invaluable contributions to the well-being of this institution.

September 18, 1980

Ivan L. Bennett, Jr., M.D.
Acting President



# UNIVERSITY of HOUSTON
## COLLEGE of BUSINESS ADMINISTRATION

presents
this certificate to

# Kenneth E. Lehrer

in appreciation
for
loyalty and excellence
in academic service
to the

## Department of Finance

In its mission to develop
business leadership through education

**Nine Years**          **May 1993**

_____          _____
Dean                                              Chair
College of Business Administration          Department of Finance

# Member of Faculty



## University of Phoenix presents with honor to

## Kenneth Lehrer

as an honored member of the faculty body.

University of Phoenix faculty candidates complete a comprehensive selection program and fulfill the requirements necessary to become a faculty member. Having successfully completed these requirements, the bearer of this certificate is recognized as a certified University of Phoenix faculty member.

FACULTY MEMBER SINCE
2002

PRESENTED BY

Timothy P. Slottow, President

Dr. Meredith Curley, Interim Provost

University
of Phoenix®



# Certified General
# Real Estate Appraiser

**TEXAS APPRAISER LICENSING &
CERTIFICATION BOARD**

Appraiser:  **Kenneth Eugene Lehrer**
License #:  **TX 1337797 G**            License Expires: **12/31/2024**

Having provided satisfactory evidence of the qualifications required
by the Texas Appraiser Licensing and Certification Act, Occupations
Code, Chapter 1103, authorization is granted to use this title:
Certified General Real Estate Appraiser

For additional information or to file a complaint please contact TALCB
at www.talcb.texas.gov.

**Chelsea Buchholtz**
Commissioner

## POLICY STATEMENT USE OF DEADLY FORCE
## Approved by the Attorney General July 1, 2004

### GENERAL PRINCIPLES

I.      Law enforcement officers and correctional officers of the Department of Justice may use deadly force only when necessary, that is, when the officer has a reasonable belief that the subject of such force poses an imminent danger of death or serious physical injury to the officer or to another person.

   A.   Deadly force may not be used solely to prevent the escape of a fleeing suspect.

   B.   Firearms may not be fired solely to disable moving vehicles.

   C.   If feasible and if to do so would not increase the danger to the officer or others, a verbal warning to submit to the authority of the officer shall be given prior to the use of deadly force.

   D.   Warning shots are not permitted outside of the prison context.

   E.   Officers will be trained in alternative methods and tactics for handling resisting subjects, which must be used when the use of deadly force is not authorized by this policy.

### CUSTODIAL SITUATIONS

II.     Unless force other than deadly force appears to be sufficient, deadly force may be used to prevent the escape of a prisoner committed to the custody of the Attorney General or the Bureau of Prisons

   A.   if the prisoner is effecting his or her escape in a manner that poses an imminent danger to the safety of the officer or another person; or

   B.   if the prisoner is escaping from a secure facility or is escaping while in transit to or from a secure facility.

III.    If the subject is in a non-secure facility, deadly force may be used only when the subject poses an imminent danger of death or serious physical injury to the officer or another person.

IV.     If the subject is in transit to or from a non-secure facility and is not accompanied by a person who is in transit to or from a secure facility, deadly force may be used only when the subject poses an imminent danger of death or serious physical injury to the officer or to another person.

EXHIBIT

tabbies

4

V.    After an escape from a facility or vehicle and its immediate environs has been effected, officers attempting to apprehend the escaped prisoner may use deadly force only when the escaped prisoner poses an imminent danger of death or serious physical injury to the officer or another person.

VI.   Deadly force may be used to maintain or restore control of a prison or correctional facility when the officer reasonably believes that the intended subject of the deadly force is participating in a disturbance in a manner that threatens the safety of the officer or another person.

VII.  In the prison context, warning shots may be fired within or in the immediate environs of a secure facility if there is no apparent danger to innocent persons: (A) If reasonably necessary to deter or prevent the subject from escaping from a secure facility; or (B) if reasonably necessary to deter or prevent the subject's use of deadly force or force likely to cause serious physical injury.

## APPLICATION OF THE POLICY

VIII. This policy is not intented to, and does not, create any      right or benefit, substantive or procedural, enforceable at      law or equity, against the United States, its departments,      agencies, or other entities, its officer or employees, or      any other person.



**HARRIS COUNTY**
**INSTITUTE OF FORENSIC SCIENCES**

SCIENCE. SERVICE. INTEGRITY.

Luis A. Sanchez, M.D.
Executive Director &
Chief Medical Examiner

## AUTOPSY REPORT

Case No.   ML18-0362

January 25, 2018

## ON THE BODY OF

Ulisis Sebastian Valladares

CAUSE OF DEATH:   Gunshot wound of the left upper extremity with re-entry of the torso

MANNER OF DEATH:   Homicide

DATE OF DEATH:   January 25, 2018

_____     3/26/18
Roger P. Milton Jr., M.D.                MMDDYY
Assistant Medical Examiner

Reviewed by:

_____     03/26/18
Dwayne A. Wolf, M.D., Ph.D.              MMDDYY
Deputy Chief Medical Examiner

EXHIBIT
6

1861 Old Spanish Trail, Houston, Texas 77054 | (832) 927-5000 | (832) 927-2889 (F) | ifs.harriscountytx.gov

FBI000248

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-2-

## POSTMORTEM EXAMINATION ON THE BODY OF

### Ulisis Sebastian Valladares

HISTORY:  This unknown Hispanic male, subsequently identified as Ulisis Sebastian Valladares, sustained a gunshot wound and was transported to Lyndon B. Johnson Hospital, Houston, Texas arriving at 4:08 a.m. on January 25, 2018.   He was subsequently pronounced dead at 4:13 a.m. on that same date.   Positive identification was confirmed by fingerprint comparison.

AUTOPSY:   The autopsy is performed at the Harris County Institute of Forensic Sciences by Assistant Medical Examiner Roger P. Milton Jr., M.D., pursuant to Article 49.25, Texas Code of Criminal Procedure, beginning at 11:00 a.m. on January 25, 2018.

CLOTHING:   The body is received in a plastic body transport bag.   The decedent is otherwise partially clad in a cut-open blue T-shirt, black and white shorts, black boxer briefs, and black socks.   A cut-away fragment of T-shirt material is present in the body transport bag. A perforation in the dorsal left shirtsleeve corresponds to a gunshot wound on the body. Brown paper bags are on the hands, taped in place around the wrists. The left wrist and proximal left hand are wrapped circumferentially multiple times with silver duct tape. The tape is removed and submitted as evidence. Identifying morgue bands are on the right ankle and wrist.   An electronic morgue monitoring device is on the left ankle.

EVIDENCE OF MEDICAL INTERVENTION:  Pacing electrodes are on the anterosuperior right side of the chest and the inferolateral left side of the chest.   Multiple electrocardiogram electrodes are on the anterior chest and abdomen.   An intravascular catheter is in the left antecubital fossa.   A pulse oximeter is on the left index finger. Two intravascular cannula tips are in the anterior proximal right forearm.   A tourniquet device is tied around the proximal aspect of the left arm.   Two horizontally oriented chest tube incisions measuring 1-1/2 inches are on the lateral right and left sides of the chest. An identifying hospital band is on the left wrist.

EXTERNAL APPEARANCE:   The body is that of a well-developed, well-nourished, Hispanic male.   The decedent measures 64 inches in length and weighs 164 pounds.

FBI000249

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-3-

Moderate rigor mortis is noted in the extremities. Livor mortis is blanching on the posterior surfaces of the body, except in areas exposed to pressure.
The head is symmetrical and covered with curly, black, and gray hair measuring approximately 1-1/4 inch in length. The irides are brown and the pupils are round, measuring 5 millimeters in diameter, bilaterally. Mild arcus senilis is present. The conjunctivae are free of petechial hemorrhages. There is no scleral icterus. The nose is symmetrical. The nasal skeleton and septum are palpably intact. The ears are symmetrical. The lips and oral mucosal surfaces are atraumatic. The frenula are intact. There are no petechial hemorrhages of the oral mucosa. The teeth are natural and in good condition. Facial hair consists of black and gray hair on the right and left buccal regions with stubble on the skin above the upper lip and the central aspect of the chin.

The neck is symmetrical.

The chest and abdomen are symmetrical, without palpable masses. A gunshot wound of the left upper extremity and torso is subsequently described. The anterior right side of the chest has a diagonal 1-1/2 by 3/8 inch well-healed scar. There is abundant hair on the anterior torso.

The genitalia are those of a normally developed adult male.

The lower extremities are symmetrical, without palpable edema. There is mild well-healed scarring of the right and left knees, shins, and dorsal aspects of the feet. The appropriate numbers of digits are on the feet. The toenails are atraumatic.

The upper extremities are symmetrical. There is mild well-healed scarring of the right and left elbows, forearms, and dorsal aspects of the hands. The appropriate numbers of digits are on the hands. The fingernails are atraumatic.

The back is symmetrical.

DESCRIPTION OF INJURIES:

I. GUNSHOT WOUND OF THE LEFT UPPER EXTREMITY AND TORSO: A perforating gunshot entrance wound of the dorsal left arm is located 8-1/2 inches below the apex

FBI000250

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-4-

of the left shoulder. The circular entrance wound measures 5/16 inch in diameter. There is no evidence of soot deposition or gunpowder stippling on the skin surrounding the entrance wound. The inferolateral wound margin has a 1/16 inch abrasion. The superomedial wound margin has multiple 1/32 inch radiating tears. The wound path is through the skin, subcutaneous tissue, and musculature of the dorsal left arm. A 3-3/4 by 1-1/2 inch, gaping, irregular gunshot exit wound is centered 7 inches below the apex of the left shoulder, on the dorsomedial aspect of the left arm. The wound is diagonally oriented. There are multiple marginal radiating tears, measuring up to 1/4 inch along the medial wound margin and up to 3/4 inch along the lateral wound margin. The skin adjacent to the gunshot exit wound has patchy to confluent purple contusion. The direction of the wound path is left to right, back to front and upward. No bullets or fragments are recovered from the wound track. A gunshot wound consistent with a re-entrance is on the lateral left side of the chest. The wound is in the inferomedial left axillary region, located 13 inches below the top of the head, 5 inches below the apex of the left shoulder, and 10 inches left of the anterior midline. The circular to slightly irregular defect has a curvilinear to irregular concentric marginal abrasion, measuring 1/16 to 3/16 inch and sparse radiating tears, measuring up to 1/16 inch. There is no evidence of soot deposition or gunpowder stippling on the skin surrounding the entrance wound. The surrounding skin has a 3 inch purple contusion with patchy mottling. The wound path is through the skin, subcutaneous tissue, and musculature of the lateral left side of the chest, the lateral aspect of the left third rib, the upper and lower lobes of the left lung, the aorta, the eighth thoracic vertebra (without associated spinal cord injury), the lower lobe of the right lung, the dorsolateral aspect of the right eighth rib, and the musculature and subcutaneous tissue of the lateral right side of the back. A deformed, small caliber, copper-jacketed, hollow-point bullet with the emblem of "T" on the base of the bullet is recovered from the musculature of the lateral right side of the back. The recovered bullet is photographed, placed in a labeled envelope, and submitted as evidence. The direction of the wound path is left to right, downward, and slightly front to back. The right and left thoracic cavities contain 500 milliliters and 600 milliliters of liquid and clotted blood, respectively. The musculature and subcutaneous tissue of the right side of the back have extensive hemorrhage.

II. BLUNT FORCE INJURIES (EXTERNAL): The right and left periorbital and superior zygomatic regions have dark red-purple to slightly greenish ecchymoses with minimal associated edema. The inferior central aspect of the forehead, bridge of the nose, and tip of the nose have a vertically oriented 2 by 3/8 inch cluster of patchy to confluent

FBI000251

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-5-

red-purple contusions. The left buccal region has a 1/2 inch purple contusion. The right zygomatic region has a 1/16 inch red abrasion with an associated 1/2 by 1/16 inch red contusion. The anterior left side of the forehead has a 1-1/2 by 1 inch cluster of red contusions. The lateral right frontal scalp has a 1 by 3/4 inch cluster of purple contusions and sparse punctate to 1 by 1/8 inch tan abrasions. The left preauricular region has a vertically oriented 1-1/4 by 3/8 inch red abrasion with adjacent sparse, punctate, red abrasions. The inferior left temporal region has a 1 by 5/8 inch cluster of red-purple contused abrasions. The left parieto-occipital scalp has a 2 by 1 inch patterned abrasion cluster with associated 1-1/2 inch red-purple contusion. The superior left parietal scalp has a 1/4 by 1/16 inch red abrasion with associated 1/8 inch marginal contusion and an adjacent 3/8 inch, patterned, red, contused abrasion. The left temporoparietal scalp has sparse red abrasions measuring 1/16 to 1/8 inch. The left mastoid region has a 1/4 by 1/16 inch red abrasion. The superior aspect of the left ear pinna has confluent purple contusion. The inferolateral left occipital scalp has a 2 by 1 inch cluster of red contusions. The inferior occipital scalp and superior dorsal aspect of the neck have a 2 by 1 inch, horizontally oriented, faint, patterned red-purple contusion. The occipital scalp has a 7 by 3 inch cluster of 1/8 to 3/8 inch, semicircular to circular, red ecchymoses with superficial abrasions.

The dorsal left arm has red contusions measuring 3/8 inch and 3/4 by 3/8 inch. The lateral left arm has a 1/4 inch red contusion. The left elbow region has tan abrasions measuring 1/16 inch and 1/4 inch. The dorsal right arm has a diagonally oriented, 4 by 1/4 inch, red ecchymosis. The distal dorsal right arm has a 5/8 inch red-purple contusion with a 1/8 inch tan abrasion.

The superior aspect of the dorsal right shoulder region has a 1/4 inch purple contusion. The left side of the back has a 3/8 inch purple contusion. The right buttock has a faint 4 by 3 inch purple contusion.

The dorsal aspect of the left foot has a 1-1/4 by 1/8 inch, linear cluster of punctate to 1/8 by 1/4 inch red abrasions.

(INTERNAL): The left frontoparietal, left temporoparietal, left parieto-occipital, and right frontoparietal regions of the scalp have patchy to confluent hemorrhages. Reflection of the skin overlying the anterior and posterior torso and the dorsal aspects of the right and left upper and lower extremities reveals a focal 3 inch contusion of the

FBI000252

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-6-

right buttock with subcutaneous tissue and muscular involvement and a 3 by 2 inch cluster of subcutaneous tissue and superficial muscular hemorrhages overlying the anterior right side of the chest.

III. SHARP FORCE INJURIES:
A.  STAB WOUND OF THE RIGHT UPPER EXTREMITY: An atypical penetrating stab wound is on the dorsal right arm, located 6-1/2 inches below the top of the right shoulder. The wound is oriented in the 11 to 5 o'clock position and measures 5/8 inch in length. The superior and inferior wound margins are sharp. The superior aspect of the wound has marginal tears measuring up to 1/16 inch.  The wound path is through the skin and subcutaneous tissue of the right arm.  The direction of the wound path is back to front, right to left, and downward. The approximate depth of penetration is 1 inch.

B.  STAB WOUND OF THE LEFT UPPER EXTREMITY:  An atypical, tangential penetrating stab wound of the dorsomedial left forearm is located 17 inches below the top of the left shoulder.  The 2 inch curvilinear wound has sharp medial and lateral margins and is horizontally oriented.  The superior wound margin has a slightly irregular tan abrasion measuring 1/32 to 1/16 inch. The central aspect of the wound has an angular region measuring 1/2 inch.  The skin adjacent to the superior wound margin has a sharply demarcated 2 by up to 3/4 inch cluster of punctate to linear red-tan abrasions. The wound path is through the skin, subcutaneous tissue, and musculature of the dorsomedial left forearm.  The direction of the wound path is downward, front to back, and right to left. The approximate depth of penetration is 2-1/2 inches. There is minimal hemorrhage along the wound track.

C.  CUTTING WOUND OF THE LEFT PERIORBITAL REGION: The lateral left periorbital region has a diagonally oriented 5/8 inch cutting wound.  The superior and inferior wound margins are sharp.  There are sparse 1/32 to 1/16 inch tears along the wound margins.  The wound path is through the skin and subcutaneous tissue.  The direction of the wound path is left to right.  The approximate depth of penetration is 1/4 inch.

D.  CUTTING WOUNDS OF THE RIGHT UPPER EXTREMITY:
1.  A 1-3/8 inch, near-vertically oriented, superficial cutting wound is on the medial aspect of the right antecubital fossa.

FBI000253

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-7-

2.  A 1-1/2 by up to 1/8 inch, curvilinear superficial cutting wound is on the proximal dorsomedial right forearm.

3.  A 1-3/4 by up to 1/8 inch, horizontally oriented, superficial cutting wound is on the distal lateral right arm.  The wound margins are irregular with multiple 1/32 to 1/16 inch tears and sparse punctate to 1/16 inch abrasions adjacent to the posterior wound margin.

4.  The proximal dorsal right forearm has a 3/4 inch, near-horizontally oriented, superficial cutting wound.

5.  The dorsal right arm has sparse (approximately 3) punctate to 3/16 inch, linear superficial cutting wounds.

E. SUPERFICIAL CUTTING WOUNDS OF THE LEFT EAR/PERIAURICULAR REGION:   The dorsal aspect of the left ear pinna and adjacent inferior left temporal/periauricular region has multiple superficial cutting wounds (approximately six) measuring 1/8 to 3/8 inch.

IV. INJURIES CONSISTENT WITH MEDICAL INTERVENTION:   The anterolateral left first and second ribs are fractured. The dorsolateral left fifth and sixth intercostal spaces have intercostal muscle and pleural defects consistent with chest tube placement/attempts.

INTERNAL EXAMINATION:   See DESCRIPTION OF INJURIES.   The abdominal fat layer at the level of the umbilicus measures 1-1/2 inches in maximum thickness.   The peritoneal, serosal, and pleural surfaces are free of exudation.   The abdominal cavity contains no excess fluids.   The internal organs are in their usual locations and have normal anatomic relationships.

HEART:   See DESCRIPTION OF INJURIES.   The heart weighs 290 grams and has moderate epicardial adipose tissue.   The epicardium is smooth, glistening, and intact.   The coronary arteries arise from the usual sites and are normally located over the surface of the heart.   The left anterior descending coronary artery has 10 percent luminal narrowing.   The circumflex coronary artery has 20 percent luminal narrowing.   The right coronary artery is unremarkable.   The myocardium is red-brown and firm, without focal lesions or fibrosis.   The free wall of the left ventricle and the interventricular septum measure 1.3 centimeters.   The free wall of the right ventricle measures 0.3

FBI000254

Ulisis Sebastian Valladares
ML18-0362
-8-

centimeter. The cardiac chambers have the usual sizes and positional relationships. The cardiac valve cusps and leaflets are normal in number and configuration. The tricuspid valve measures 10 centimeters. The pulmonic and aortic valves each measure 7 centimeters. The mitral valve measures 9.5 centimeters. The interatrial and interventricular septa are intact, without asymmetrical thickening. Aside from previously described injuries, the aorta has patchy intimal thickening along its length.

LUNGS: See DESCRIPTION OF INJURIES. The right and left lungs weigh 240 grams and 220 grams, respectively. The pleural surfaces have mild patchy anthracotic pigment deposition. The lungs have patchy hyperinflation. The bronchi contain sparse blood. The pink-tan bronchial mucosa is unremarkable. Aside from previously described injuries, the pulmonary parenchyma is unremarkable, without consolidations, edema, or congestion. The pulmonary vasculature is free of thrombi or emboli.

LIVER: The liver weighs 1450 grams and has a smooth, intact capsule. The red-brown to tan-yellow hepatic parenchyma is otherwise unremarkable, without focal lesions or apparent fibrosis. The gallbladder contains 17 milliliters of green-brown bile, without gallstones. The gallbladder mucosa is unremarkable.

SPLEEN: The spleen weighs 80 grams and has a smooth, intact capsule. The red-brown splenic parenchyma is unremarkable, without focal lesions.

ADRENALS: The adrenal glands are surrounded by moderate amounts of adipose tissue. The tan-yellow adrenal cortices are unremarkable, without thickening or nodules. The red-brown medullae are unremarkable.

PANCREAS: The pancreatic parenchyma is tan and unremarkable, without focal lesions or apparent fibrosis.

GENITOURINARY TRACT: The right and left kidneys each weigh 110 grams. The red-brown renal cortices have patchy minimal granular changes. The corticomedullary differentiation is well preserved, without renal parenchymal infarcts or additional lesions. The urinary bladder contains 90 milliliters of pale yellow urine. The pink-tan bladder mucosa is unremarkable. The prostate gland is enlarged, measuring 5 centimeters in diameter, without apparent nodular changes. The testes are unremarkable.

FBI000255

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-9-

GASTROINTESTINAL TRACT:  The esophagus has a pink-tan to gray, smooth mucosa. The stomach contains 100 milliliters of watery, green fluid with minimal food.  The tan gastric mucosa has preserved rugal folds.  The small and large intestinal serosal surfaces are free of exudation.  The appendix is at its usual location at the tip of the cecum and is unremarkable.

BONES:  See DESCRIPTION OF INJURIES.  Aside from previously described injuries, the remaining axial and appendicular skeletons are intact and unremarkable.

NECK:  The strap musculature of the anterior aspects of the neck is reflected in a layered fashion and is free of focal hemorrhages.  The hyoid bone, thyroid and cricoid cartilages are intact and unremarkable.  The tongue is free of intramuscular hemorrhage.  The laryngeal mucosa is pink-tan, without petechial hemorrhages or edema.  The upper airway is widely patent.  The thyroid gland has a firm, red-brown, homogenous parenchyma, without focal lesions.

HEAD:  See DESCRIPTION OF INJURIES.  The brain weighs 1350 grams. There are no epidural, subdural, or subarachnoid hemorrhages. The cerebrum has no apparent gyral flattening or narrowing of the sulci.  There is no uncal notching or cerebellar tonsillar coning.  The vessels at the base of the brain are intact and widely patent, without luminal narrowing.  The basilar skull is free of fractures.  The atlanto-occipital articulation is stable.

TOXICOLOGY:  Liver, stomach contents, bile, blood, urine, vitreous, and brain are submitted.

HISTOLOGY:  Portions of tissues are retained in formalin and submitted in histology cassettes as follows:  A – Heart; B – Right lung; C – Left lung; D – Liver and kidney; E – Brain (frontal lobe of cerebrum).

EVIDENCE SUBMITTED:  Clothing, fingernail scrapings and clippings, a DNA bloodstain card, a scanning electron microscopy test kit, a recovered bullet, and recovered duct tape are submitted.

RADIOGRAPHS:  X-rays are obtained.

FBI000256

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-10-

OFFICERS IN ATTENDANCE:   Detective R. Lujan of Houston Police Department and Federal Bureau of Investigation agents Steve Gonzalez and Eric Norman are in attendance during the examination.

## PATHOLOGICAL FINDINGS

I. Gunshot wound of the left upper extremity and torso.
  A. Perforating gunshot entrance wound of the dorsal left arm with re-entry of the torso
  B. No evidence of close range firing on the skin
  C. Injury to soft tissue of the left upper extremity
  D. Direction of the wound path: Left to right, back to front, and upward
  E. No bullets or fragments recovered from the wound track (gaping gunshot exit wound of the dorsomedial left arm)
  F. Gunshot wound of the lateral left torso (consistent with re-entrance)
  G. No evidence of close range firing on the skin (atypical entrance wound)
  H. Injuries to the right and left lungs, the aorta, and the eighth thoracic vertebra (without associated spinal cord injury)
  I. Direction of the wound path: Left to right, downward, and slightly front to back
  J. Recovery of a small caliber, deformed, copper-jacketed, hollow-point bullet from the musculature of the lateral right side of the back
  K. Bilateral hemothoraces (right – 500 milliliters; left – 600 milliliters)
II. Blunt force injuries.
  A. Multiple contusions and abrasions of the face, scalp, and left ear (without intracranial hemorrhage)
  B. Sparse contusions and abrasions of the extremities
  C. Sparse contusions of the back and right buttock
III. Sharp force injuries
  A. Stab wound of the dorsal right arm
    1. Penetrating, atypical stab wound of the dorsal right arm
    2. Depth of penetration: 1 inch
  B. Stab wound of the dorsomedial left forearm
    1. Penetrating, atypical/tangential stab wound of the dorsomedial left forearm
    2. Depth of penetration: 2-1/2 inches
  C. Cutting wound of the lateral left zygomatic region

FBI000257

Subject to Privacy Act Order Entered on April 19, 2021

Ulisis Sebastian Valladares
ML18-0362
-11-

     1. Depth of penetration: 1/4 inch
   D. Superficial cutting wounds of the right arm and forearm
   E. Superficial cutting wounds of the left ear and periauricular region
IV. Left rib fractures and intercostal muscle and pleural defects (consistent with medical intervention)

FBI000258

Subject to Privacy Act Order Entered on April 19, 2021

**Harris County Institute of Forensic Sciences**

| Case Number: 18-0362 | | Page: 1 of 4 |
|---|---|---|
| Decedent's Name: unk male | Length: 6 Y | Weight: 164 |
| Examiner: | Date: 1/28/18 | Time: 11:30 A |

| Section: Pathology | Authorized by: DA Wolf | |
|---|---|---|
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT.001 | |
| Rev.: | Rev. date: 11/5/13 | FBI000259 |

Subject to Privacy Act Order Entered on April 19, 2021

**Harris County Institute of Forensic Sciences**

| Case Number: 18 - 0362 | | Page: 1 of 4 |
|---|---|---|
| Decedent's Name: | | Length: 64 | Weight: 164 |
| Examiner: | | Date: 1/28/18 | Time: 11:00 A |

| Section: Pathology | Authorized by: DA Wolf | |
|---|---|---|
| Form Title: Autopsy Diagram – Adult Male, Front/ Back | Form No.: PAT.001 | |
| Rev.: | Rev. date: 11/5/13 | FBI000260 |

Subject to Privacy Act Order Entered on April 19, 2021



| Harris County Institute of Forensic Sciences | | | |
|---|---|---|---|
| Case Number: 18 - 0362 | Decedent's Name: | | |
| Examiner: | | Date: 1/25/08 | Page: 1 of 4 |

L. ARM

R. ARM

Section: Pathology
Form Title: Autopsy Diagram – Adult male, full body, lateral
Rev.:

Authorized by: DA Wolf
Form No.: PAT.003
Rev. date: 11/5/13

FBI000261

Subject to Privacy Act Order Entered on April 19, 2021



| Harris County Institute of Forensic Sciences | | | | | |
|---|---|---|---|---|---|
| Case Number: 18 - 0362 | Decedent's Name: | | | | |
| Examiner: | | Date: 1/25/18 | Time: 11:00 A | Page: 1 | of 4 |

[Autopsy diagram with handwritten annotations on head views]

Subject to Privacy Act Order Entered on April 19, 2021

# HARRIS COUNTY INSTITUTE OF FORENSIC SCIENCES

1861 Old Spanish Trail
Houston, TX 77054-2001
Phone: 832-927-5005    FAX: 832-927-2876

## TOXICOLOGY REPORT

March 21, 2018

**LABORATORY NUMBER:** ML18-0362

|||||||||||||||||||||||||||||||||||||

**Deceased:  ULISIS SEBASTIAN VALLADARES**

**Submitted By:**

Roger Milton, Jr., M.D.
Assistant Medical Examiner
Harris County Institute of Forensic Sciences
1861 Old Spanish Trail
Houston, TX 77054

**Agency Number: ML18-0362**

**Submission Date: January 25, 2018**

### Specimen: Blood (femoral)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Acetone | None Detected | Headspace GC | M. DelHomme |
| Ethanol | None Detected | Headspace GC | M. DelHomme |
| Isopropanol | None Detected | Headspace GC | M. DelHomme |
| Methanol | None Detected | Headspace GC | M. DelHomme |

### Specimen: Blood (right chest)

| Analyte | Result | Analytical Method | Analyst |
|---|---|---|---|
| Amphetamine | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Benzodiazepines | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Carisoprodol | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Marijuana Metabolite | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Cocaine Metabolite | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Fentanyl | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Methadone | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Methamphetamine | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Opiates | None Detected | Immunoassay - ELISA | F. Gonzalez |
| Phencyclidine | None Detected | Immunoassay - ELISA | F. Gonzalez |

**Medical Examiner's Initials and Date**

Specimens will be retained for at least one year following the issuance of an original laboratory report.

An ASCLD/LAB-*International*, Texas Forensic Science Commission, and American Board of
Forensic Toxicology Accredited Testing Laboratory

Page 1 of 2

FBI000263 ~All v11202017

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx.

Subject to Privacy Act Order Entered on April 19, 2021

**LABORATORY NUMBER:** ML18-0362          **DATE:** March 21, 2018

INSTITUTE OF FORENSIC SCIENCES

MAR 2 2 2018

RECEIVED
RECORDS CUSTODIAN _____

Jessica Lynn Ayala, M.S., D-ABFT-FT
Case and Expert Reviewer
Deputy Chief Toxicologist
March 21, 2018

**Medical Examiner's Initials and Date** _____

**Specimens will be retained for at least one year following the issuance of an original laboratory report.**

An ASCLD/LAB-*International*, Texas Forensic Science Commission, and American Board of
Forensic Toxicology Accredited Testing Laboratory

We welcome your feedback at http://ifs.harriscountytx.gov/Pages/CrimeLaboratoryService.aspx.

Subject to Privacy Act Order Entered on April 19, 2021

Page 2 of 2

FBI000264

From: **Cynthia Horace** <Cynthia_Horace@txs.uscourts.gov>
Date: Thu, Nov 13, 2025 at 7:24 AM
Subject: RE: re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits
To: Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>, Randall L. Kallinen <attorneykallinen@aol.com>, U.A. Lewis, Esq <myattorneyatlaw@gmail.com>, Parker, Lisa Luz (USATXS) <Lisa.Luz.Parker@usdoj.gov>

Great, thanks for letting me know!

From: Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>
Sent: Wednesday, November 12, 2025 12:45 PM
To: Cynthia Horace <Cynthia_Horace@txs.uscourts.gov>; Randall L. Kallinen <attorneykallinen@aol.com>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>; Parker, Lisa Luz (USATXS) <Lisa.Luz.Parker@usdoj.gov>
Subject: RE: re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits

**CAUTION - EXTERNAL:**

Good afternoon Ms. Horace,

I received a call from Mr. Conners at the Fifth Circuit this morning. He said that the record appeared complete and that there was nothing more for the parties to do. He said he would reach out to us if we needed to do anything further.

Please let me know if you need any additional information or if you need anything from us.

Thank you very much for your assistance,


**Ariel N. Wiley**

Assistant United States Attorney

United States Attorney's Office

Southern District of Texas

1000 Louisiana Street, Suite 2300

Houston, Texas 77002

Main: (713) 567-9000

Direct: (713) 567-9344

ariel.wiley@usdoj.gov


**From:** Cynthia Horace <Cynthia_Horace@txs.uscourts.gov>
**Sent:** Monday, November 10, 2025 10:59 AM
**To:** Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>; Randall L. Kallinen
<attorneykallinen@aol.com>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>; Parker, Lisa Luz
(USATXS) <Lisa.Luz.Parker@usdoj.gov>
**Subject:** [EXTERNAL] RE: re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits


You are welcome.


**From:** Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>
**Sent:** Monday, November 10, 2025 10:57 AM
**To:** Cynthia Horace <Cynthia_Horace@txs.uscourts.gov>; Randall L. Kallinen
<attorneykallinen@aol.com>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>; Parker, Lisa Luz
(USATXS) <Lisa.Luz.Parker@usdoj.gov>
**Subject:** RE: re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits

CAUTION - EXTERNAL:

Thank you very much, I will.

**Ariel N. Wiley**

Assistant United States Attorney

United States Attorney's Office

Southern District of Texas

1000 Louisiana Street, Suite 2300

Houston, Texas 77002

Main: (713) 567-9000

Direct: (713) 567-9344

ariel.wiley@usdoj.gov

**From:** Cynthia Horace <Cynthia_Horace@txs.uscourts.gov>
**Sent:** Monday, November 10, 2025 10:56 AM
**To:** Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>; Randall L. Kallinen <attorneykallinen@aol.com>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>; Parker, Lisa Luz (USATXS) <Lisa.Luz.Parker@usdoj.gov>
**Subject:** [EXTERNAL] RE: re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits

Not directly. The Circuit reached out to our appeals section in Brownsville, Texas. Try reaching out to Peter Conners, Case Administration Manager at (504) 310-7685.

**From:** Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>
**Sent:** Monday, November 10, 2025 10:49 AM

**To:** Cynthia Horace <Cynthia_Horace@txs.uscourts.gov>; Randall L. Kallinen <attorneykallinen@aol.com>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>; Parker, Lisa Luz (USATXS) <Lisa.Luz.Parker@usdoj.gov>
**Subject:** RE: re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits

CAUTION - EXTERNAL:

Ms. Horace,

Did someone at the 5th Cir reach out to you? If so, can you please send me their name and contact information so I can reach out to them directly to resolve this issue.

Thank you,

**Ariel N. Wiley**

Assistant United States Attorney

United States Attorney's Office

Southern District of Texas

1000 Louisiana Street, Suite 2300

Houston, Texas 77002

Main: (713) 567-9000

Direct: (713) 567-9344

ariel.wiley@usdoj.gov

**From:** Cynthia Horace <Cynthia_Horace@txs.uscourts.gov>
**Sent:** Monday, November 10, 2025 10:47 AM
**To:** Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>; Randall L. Kallinen <attorneykallinen@aol.com>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>; Parker, Lisa Luz (USATXS) <Lisa.Luz.Parker@usdoj.gov>
**Subject:** [EXTERNAL] RE: re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits

Thank you.

**From:** Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>
**Sent:** Monday, November 10, 2025 9:48 AM
**To:** Cynthia Horace <Cynthia_Horace@txs.uscourts.gov>; Randall L. Kallinen <attorneykallinen@aol.com>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>; Parker, Lisa Luz (USATXS) <Lisa.Luz.Parker@usdoj.gov>
**Subject:** RE: re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits

**CAUTION - EXTERNAL:**

Good morning Ms. Horace,

Thank you for notifying us; we will work to get this resolved as soon as possible.

Thank you,

**Ariel N. Wiley**

Assistant United States Attorney

United States Attorney's Office

Southern District of Texas

5 of 7

1000 Louisiana Street, Suite 2300

Houston, Texas 77002

Main: (713) 567-9000

Direct: (713) 567-9344

ariel.wiley@usdoj.gov

**From:** Cynthia Horace <Cynthia_Horace@txs.uscourts.gov>
**Sent:** Monday, November 10, 2025 9:34 AM
**To:** Randall L. Kallinen <attorneykallinen@aol.com>; U.A. Lewis, Esq <myattorneyatlaw@gmail.com>; Wiley, Ariel (USATXS) <Ariel.Wiley@usdoj.gov>
**Subject:** [EXTERNAL] re: 4:18-cv-03196 Pearce v. Doe FBI Agent et al - Trial Exhibits
**Importance:** High

Good morning to All,

Please be advised that the trial exhibits are pending to be filed with the Fifth Circuit and is overdue. Please file them with the Circuit Court asap.

Thank you.

Cynthia Horace, Case Manager to
The Honorable Kenneth M. Hoyt
U. S. Court, Southern District of Texas
515 Rusk, Room 5300

cynthia_horace@txs.uscourts.gov

713-250-5515 Office

346-426-5064 - Cell

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.